IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORTATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants. | No. 1:12-cv-03771-RRM-JO<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED that as a result of the recent serious storms in the Northeast, which have adversely affected the operations of the law firms representing the defendants herein, the time for the parties to file their Rule 26(f) Report is extended until November 9, 2012.

Dated: November 8, 2012

| | |
|---|---|
| HUNSUKER GOODSTEIN & NELSON, P.C.<br><br>By: /s/ Stacey H. Myers<br>      Stacey H. Myers<br>5335 Wisconsin Avenue, NW<br>Suite 360<br>Washington, DC 20015<br>202-895-5380<br>*Attorneys for Plaintiffs* | ARENT FOX LLP<br><br>By: /s/ Allen G. Reiter<br>      Allen G. Reiter<br>1675 Broadway<br>New York, NY 10019<br>212-484-3900<br>*Attorneys for Defendant Quanta Resources Corporation* |

McCUSKER, ANSELMI, ROSEN &
CARVELLI, P.C.


By:  /s/ Andrew E. Anselmi
      Andrew E. Anselmi
210 Park Avenue
Suite 301
Florham Park, NJ  07932
973-635-6300
*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Research and Engineering Company*

                                       SO ORDERED:

                                       _____
                                                               U.S.D.J.