IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>-against-<br><br>ACE WASTE OIL, INC.; et al.<br><br>Third-Party Defendants. | **NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Rexam Beverage Can Company in the above-entitled action. The undersigned are admitted or otherwise authorized to practice in this Court.

Dated: September 9, 2013

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4511
whatfield@gibbonslaw.com

/s/ WILLIAM S. HATFIELD
William S. Hatfield, Esq.

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4509
cotero@gibbonslaw.com

/s/ CAMILLE V. OTERO
Camille V. Otero, Esq.