UNITED STATES DISTRICT COURT
FOR THE
EASTERN DIVISION OF NEW YORK

Phoenix Beverages, Inc., et al

Plaintiff

v.

Civil Action No. 1:12 cv 03771 PKC-JO

Exxon Mobil Corporation, et al

Defendant/Third party plaintiff

v.

Ace Waste Oil, Inc. et al

Third party defendants

## ANSWER

Wallace Industries Inc., by its counsel Neil Wallace, Esq., hereby answers the third party complaint as follows:

1. Defendant lacks sufficient information to admit or deny the allegations in paragraphs 1-14.

2. Defendant denies the allegations in paragraphs 15-35.

## **AFFIRMATIVE DEFENSE**

1. Defendant has not been served in this action and the Court lacks personal jurisdiction over the defendant.

WHEREFORE, defendant requests that all claims against it be dismissed and defendant be awarded costs and all other relief deemed just and proper.

September 5, 2013

_Neil Wall___

Neil Wallace, Esq.
105 Luffness New
Williamsburg, VA 23188
NYS Bar #502047

Mrs. Michele Wallace
105 Luffness New
Williamsburg, VA 23188-8931

★ PROUD SUPPORTER OF THE USO ★

Clerk
U.S. District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201



U.S. POSTAGE
FOREVER 23188
08*13
APC 083 10266