IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> ACE WASTE OIL, INC.; et al. <br><br> Third-Party Defendants. | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Electric Boat Corporation, A General Dynamics Company.

Date: September 11, 2013    /s/ Norman W. Bernstein
Norman W. Bernstein, NB5123
N.W. Bernstein & Associates, LLC
800 Westchester Ave., Suite N319
Rye Brook, New York 10573
Phone: 914-358-3500
Email:  nwbernstein@nwbllc.com