IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br> _____ <br> QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NL INDUSTRIES, INC., et al., <br><br> Third-Party Defendants. | Case No. 1:12-cv-3771 (RRM) (JO) <br><br> Electronically Filed |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel C. Ritson, Esquire of Archer & Greiner, P.C., hereby appears for NL Industries, Inc., et al., in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Ritson at dritson@archerlaw.com.

>*/s/ Daniel C. Ritson*
> Daniel C. Ritson, Esquire
> Archer & Greiner, P.C.
> Court Plaza South, West Wing
> 21 Main Street, Suite 353
> Hackensack, NJ 07601-7095

Phone: (201)498-8513
Fax:  (201)342-6611
Email:  dritson@archerlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of September, 2013, the above and foregoing Notice of Appearance was served on all counsel of record via the Court's electronic filing system.

>*/s/ Daniel C. Ritson*
>Daniel C. Ritson, Esquire
>Archer & Greiner, P.C.
>Court Plaza South, West Wing
>21 Main Street, Suite 353
>Hackensack, NJ 07601-7095
>Phone: (201)498-8513
>Fax:  (201)342-6611
>Email:  dritson@archerlaw.com

10194391v1