## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) <br><br> NOTICE OF APPEARANCE |
| QUANTA RESOURCES CORPORATION, et al., <br> Third-Party Plaintiffs, <br><br> -against- <br><br> ACE WASTE OIL, INC., et al, <br><br> Third-Party Defendants. | |

PLEASE TAKE NOTICE that the law firm of Beveridge & Diamond PC and undersigned Michael G. Murphy, Esquire, hereby enter an appearance on behalf of Third Party Defendant, Sunoco, Inc. (alleged to be Sun Oil Refinery f/k/a Sun Oil Co.), in the above-captioned action.

Dated: September 17, 2013

                                              Respectfully submitted,

                                              /s/ Michael G. Murphy
                                              Michael G. Murphy (MM 5472)
                                              BEVERIDGE & DIAMOND, P.C.
                                              477 Madison Avenue, 15th Floor
                                              New York, NY 10022
                                              (212) 702-5400
                                              Fax: (212) 702-5450

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2013, I electronically filed and served the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system.

        Respectfully submitted,

        /s/ Michael G. Murphy
        Michael G. Murphy (MM 5472)
        BEVERIDGE & DIAMOND, P.C.
        477 Madison Avenue, 15th Floor
        New York, NY 10022
        (212) 702-5400
        Fax: (212) 702-5450