IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHOENIX BEVERAGES, INC., RODB, LLC,
WINDMILL DISTRIBUTING COMPANY,
L.P., UP FROM THE ASHES, INC., and other
affiliated companies of PHOENIX
BEVERAGES, INC.,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION,
EXXONMOBIL RESEARCH AND
ENGINEERING COMPANY and QUANTA
RESOURCES CORPORATION,

    Defendants.

EXXON MOBIL CORPORATION; and
QUANTA RESOURCES CORPORATION,

    Third Party Plaintiffs,

v.

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

Case No. 1:12-cv-03771 (PKC)(JO)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Peabody International Corporation.

Dated:  September 17, 2013

                                        */s/ Katya Jestin*
                                        Katya Jestin
                                        Jenner & Block LLP
                                        919 Third Avenue
                                        New York, NY 10022-3908
                                        (212) 891-1685
                                        kjestin@jenner.com