UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br>　　　　　　　　　　Plaintiff,<br>　-against-<br><br>EXXON MOBIL CORPORATION, et al.,<br>　　　　　　　　　　Defendants. | |
| EXXON MOBIL CORPORATION,<br>　　　　　　　　　Third-Party Plaintiff,<br><br>　-against-<br><br>ACE WASTE OIL, INC., et al.,<br>　　　　　　　　　Third-Party Defendants. | 1:12-cv-03771 (PKC)(JO) |
| QUANTA RESOURCES CORPORATION,<br>　　　　　　　　　Third-Party Plaintiff,<br>　-against-<br><br>ACE WASTE OIL, INC., et al.,<br>　　　　　　　　　Third-Party Defendants. | |

**NOTICE OF APPEARANCE OF ROBERT R. TYSON, ESQ.**

**PLEASE TAKE NOTICE** that Robert R. Tyson, Esq. of Bond, Schoeneck & King, PLLC hereby appears as attorney for Defendant Revere Copper Products, Inc. in the above-entitled matter.

Dated:  September 17, 2013　　　　　　　BOND, SCHOENECK & KING, PLLC

　　　　　　　　　　　　　　　　　　　　By:  *s/ Robert R. Tyson*
　　　　　　　　　　　　　　　　　　　　　　　Robert R. Tyson, Esq. (RRT 8485)
　　　　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Defendant*
　　　　　　　　　　　　　　　　　　　　*Revere Copper Products, Inc.*
　　　　　　　　　　　　　　　　　　　　1399 Franklin Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Garden City, New York  11530-1679
　　　　　　　　　　　　　　　　　　　　Telephone:  516-267-6300
　　　　　　　　　　　　　　　　　　　　(Howard M. Miller, Esq.)
　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　One Lincoln Center
　　　　　　　　　　　　　　　　　　　　Syracuse, New York  13202
　　　　　　　　　　　　　　　　　　　　Telephone:  315-218-8000
　　　　　　　　　　　　　　　　　　　　(Thomas R. Smith, Esq. and Robert R. Tyson, Esq.)

2210364.1 9/17/2013

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2013, I electronically filed the above Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated:  September 17, 2013                 *s/ Robert R. Tyson*
                                                       Robert R. Tyson