UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB, LLC, WINDMILL DISTRIBUTING COMPANY, LP., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>         Plaintiff,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>         Defendants.<br><br>QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION,<br><br>        Third-Party Plaintiffs,<br><br>-against-<br><br>CONOCOPHILLIPS COMPANY<br><br>        Third-Party Defendant. | Case No. 1:12-CV-03771 (RRM) (JO) |

## **STIPULATION AND ORDER**

Third-Party Plaintiff Exxon Mobil Corporation, ("Exxon Mobil") and Third-Party Defendant ConocoPhillips Company ("COP") hereby stipulate that the time for COP to file an Answer or otherwise respond to the Third-Party Complaint of Exxon Mobil is extended to October 18, 2013.

Dated: September 17, 2013

/s/ Maura W. Sommer
McCusker Anselmi Rosen & Carvelli P.C.
210 Park Avenue, Suite 301
Florham Park, NJ 07932
(973) 635-6300
Attorneys for Third-Party Plaintiff
Exxon Mobil Corp.
msommer@marc-law.com

/s/ Donald J. Fay
Waters, McPherson, McNeill
300 Lighting Way, 7th Fl.
Secaucus, NJ 07096
(201) 863-4400
Attorneys for Third-Party Defendant
ConocoPhillips Company
djf@lawwmm.com

SO ORDERED:

_____
HONORABLE JAMES ORENSTEIN, U.S.M.J.

767719

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB, LLC, WINDMILL DISTRIBUTING COMPANY, LP., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>                                      Plaintiffs,<br>-against-<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>                                      Defendants.<br><br>QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION,<br>                           Third-Party Plaintiffs,<br>-against-<br><br>CONOCOPHILLIPS COMPANY<br><br>                               Third-Party Defendant. | Case No. 1:12-CV-03771 (PKC) (JO)<br><br>CERTIFICATE OF SERVICE |

I, **Donald J. Fay,** do hereby certify that on September 17, 2013, I electronically filed and served the **STIPULATION AND ORDER** extending time to Answer Exxon Mobil Corporation's Third Party Complaint with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system.

Dated: NEW YORK, NEW YORK
       September 17, 2013

                                    Respectfully submitted,

                                    WATERS, MCPHERSON, MCNEILL, P.C.
                                    300 Lighting Way, 7th Floor, Secaucus, NJ 07096
                                    201-863-4400
                                    djf@lawwmm.com
                                    Attorneys for Defendant
                                    CONOCOPHILLIPS COMPANY

                                    By:   *S/ Donald J. Fay, Esq.*
                                           DONALD J. FAY, ESQ. (DF5389)

767871