IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC)(JO) <br><br><br><br><br><br><br><br> NOTICE OF APPEARANCE <br> JEROME C. MUYS JR., ESQ. |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> ACE WASTE OIL, INC.; et al. <br><br> Third-Party Defendants. | |

To: The clerk of court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned attorney shall hereby appear as counsel of record for the Third-Party Defendant, Emhart Teknologies LLC in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Muys at jmuys@sandw.com.

Respectfully Submitted,

{W0260660; 1}

                                         */s/ Jerome C. Muys Jr.*
                                         **Jerome C. Muys Jr., Esq.**
                                         Sullivan & Worcester LLP
                                         1666 K. Street NW, Suite 700
                                         Washington, DC 20006
                                         Phone: (202) 370-3920
                                         Fax: (202) 293-2275
                                         Email: jmuys@sandw.com

Dated: September 18, 2013

{W0260660; 1}