

Sullivan & Worcester LLP
1666 K Street, NW
Washington, DC 20006

T 202 775 1200
F 202 293 2275
www.sandw.com

September 18, 2013

<u>Via ECF</u>

Magistrate Judge James Orenstein
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Phoenix Beverages, Inc. et al. v. Exxon Mobil Corporation et al*, C.A. 12-CV-03771 (PKC) (JO); Third-Party Defendant Emhart Teknologies LLC's Request for Extension of Time to Respond to the Third-Party Complaint of Quanta Resources Corporation

Dear Magistrate Judge Orenstein:

  I represent Third-Party Defendant Emhart Teknologies LLC ("Emhart Teknologies") in the above-entitled matter. In accordance with the rules of the Court, Emhart Teknologies respectfully requests an extension of time until November 18, 2013 to answer, move, or otherwise respond to the third-party complaint filed by Third-Party Plaintiff Quanta Resources Corporation ("Quanta Resources") on July 1, 2013, and served upon Emhart Teknologies on August 29, 2013.

  Emhart Teknologies' original deadline to respond is September 19, 2013. Emhart Teknologies has not made any previous requests to extend its period to answer, move, or otherwise respond to the third-party complaint of Quanta Resources. Further, this request will not affect any other scheduled deadlines. Finally, Quanta Resources has consented to Emhart Teknologies' proposed extension.

  Based on the foregoing Emhart Teknologies respectfully requests that the period within which it must answer, move, or otherwise respond to the third-party complaint of Quanta Resources be extended until November 18, 2013.

         Respectfully submitted,

         Jerome C. Muys, Jr., Esq.
         Direct line:  (202) 370-3920
         jmuys@sandw.com

Enclosure
Cc: Counsel of Record (via ECF)

{W0260804; 1}
BOSTON NEW YORK WASHINGTON, DC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC)(JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> ACE WASTE OIL, INC.; et al. <br><br> Third-Party Defendants. | |

**PROPOSED STIPULATION EXTENDING THIRD-PARTY DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT**

Third-Party Plaintiff Quanta Resources Corporation ("Quanta Resources") and Third-Party Defendant Emhart Teknologies LLC ("Emhart") hereby stipulate that Emhart's time to answer, move, or otherwise respond to the Complaint of Quanta Resources dated July 1, 2013 shall be extended to November 18, 2013.

{W0260773; 1}

_____
Jerome C. Muys Jr., Esq.

Sullivan & Worcester LLP
1666 K. Street NW, Suite 700
Washington, DC 20006
Phone: (202) 370-3920
Fax: (202) 293-2275
Email: jmuys@sandw.com

**Attorney for Third-Party Defendant
Emhart Teknologies LLC**

_____
Allen G. Reiter, Esq.
Adrienne M. Hollander, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Phone: (212) 484-3915
Fax: (212) 484-3990
Email: allen.reiter@arentfox.com
       adrienne.hollander@arentfox.com

**Attorneys for Third-Party Plaintiff
Quanta Resources Corporation**

Dated: September 18, 2013

SO ORDERED:

_____
Magistrate Judge James Orenstein

{W0260773; 1}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>        Defendants. | Case No. 1:12-CV-03771 (PKC)(JO)<br><br><br><br>**CERTIFICATE OF SERVICE** |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC.; et al.<br><br>        Third-Party Defendants. | |

I, Jerome C. Muys, Jr., Esq., do hereby certify that on September 18, 2013, I electronically filed and served the STIPULATION on the Clerk of the Court of the United States District Court for the Eastern District of New York and on all counsel of record using the CM/ECF system.

Respectfully Submitted,

*/s/ Jerome C. Muys*
Jerome C. Muys Jr., Esq.

{W0260799; 1}