UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                    Plaintiffs,

            - against -

EXXON MOBIL CORPORATION, et al.,
                    Defendants.
-----------------------------------------------------------X

                                ORDER

                                12-CV-3771 (PKC) (JO)

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Jerome C. Muys, Jr., Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 26, 2013, Mr. Muys shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Muys shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Muys shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
       September 19, 2013

                                _____/s/_____
                                JAMES ORENSTEIN
                                U.S. Magistrate Judge