AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al. <br> *Plaintiff* <br> v. <br> EXXON MOBIL CORPORATION, et al. <br> *Defendant* | Case No. 12-CV-03771 (PKC)(JO) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant New York City Transit Authority

Date: 09/20/2013

*Attorney's signature*

Gordon J. Johnson
*Printed name and bar number*

Metropolitan Transportation Authority
347 Madison Avenue - 9th Floor
New York, NY 10017
*Address*

gojohnso@mtahq.org
*E-mail address*

(212) 878-4633
*Telephone number*

(212) 878-1240
*FAX number*