IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHOENIX BEVERAGES, INC., RODB, LLC,
WINDMILL DISTRIBUTING COMPANY,
L.P., UP FROM THE ASHES, INC., and other
affiliated companies of PHOENIX
BEVERAGES, INC.,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION,
EXXONMOBIL RESEARCH AND
ENGINEERING COMPANY and QUANTA
RESOURCES CORPORATION,

    Defendants.

EXXON MOBIL CORPORATION; and
QUANTA RESOURCES CORPORATION,

    Third Party Plaintiffs,

v.

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

Case No. 1:12-cv-03771 (PKC)(JO)

## STIPULATION AND ORDER

Third-Party Plaintiff Exxon Mobil Corporation ("Exxon Mobil"), Third-Party Plaintiff Quanta Resources Corporation ("Quanta Resources"), and Third-Party Defendant Peabody International Corporation ("Peabody International") hereby stipulate that Peabody International's time to file an Answer or otherwise respond to Exxon Mobil's Third-Party Complaint and Quanta Resources' Third-Party Complaint is extended 45 days, up to and including November 4, 2013.

Dated: September 19, 2013

<table>
<tr><td>

*/s/ Andrew E. Anselmi (signed with consent)*
MARC Law
210 Park Avenue, Suite 301
Florham Park, NJ 07932
(973) 457-0116
aanselmi@marc-law.com

Attorneys for Third-Party Plaintiff
Exxon Mobil Corporation

</td><td>

*/s/ Allen Reiter (signed with consent)*
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
(212) 484.3915
allen.reiter@arentfox.com

Attorneys for Third-Party Plaintiff
Quanta Resources Corporation

</td></tr>
</table>

*/s/ Katya Jestin*
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
(212) 891-1685
kjestin@jenner.com

Attorneys for Third-Party Defendant
Peabody International Corporation



SO ORDERED: _____
                    HONORABLE JAMES ORENSTEIN, U.S.M.J.