IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> -against- <br><br> ACE WASTE OIL, INC.; et al. <br><br> Third-Party Defendants. | **NOTICE OF APPEARANCE** |

To:     The clerk of court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Rexam Beverage Can Company in the above-entitled action. The undersigned are admitted or otherwise authorized to practice in this Court.

Dated:  September 19, 2013

                                                 Gibbons P.C.
                                                 One Gateway Center
                                                 Newark, New Jersey 07102
                                                 Tel: 973-596-4511
                                                 whatfield@gibbonslaw.com

                                                 /s/ WILLIAM S. HATFIELD
                                                 William S. Hatfield, Esq.