IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PHOENIX BEVERAGES. INC., RODB LLC,
WINDMILL DISTRIBUTING COMPANY, L.P.,
UP FROM THE ASHES, INC., and other affiliated
companies of PHOENIX BEVERAGES, INC.

        *Plaintiffs,*

vs.

EXXON MOBIL CORPORATION, EXXONMOBIL
RESEARCH AND ENGINEERING COMPANY and
QUANTA RESOURCES CORPORATION,

        *Defendants.*

QUANTA RESOURCES CORPORATION,

        *Defendant/Third Party Plaintiff,*

vs.

ACE WASTE OIL, INC., et al.

        *Third-Party Defendants.*

Case No. 1:12-CV-03771 (PKC) (JO)

**CORPORATE DISCLOSURE
STATEMENT
PURSUANT TO F.R.C.P 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the parent corporation of Third Party Defendant Crosman Corporation is Crosman Acquisition Corp.  The parent corporation of Crosman Acquisition Corp is Bullseye Acquisition Corp.  The parent corporation of Bullseye Acquisition Corp is Bullseye Holding Company LLC. and no publically held corporation owns 10% or more of Crosman Corporation's stock.

7514151

Dated: September 19, 2013                        **HISCOCK & BARCLAY, LLP**

/s/ Thomas F. Walsh
      Thomas F. Walsh
Hiscock & Barclay, LLP
2000 HSBC Plaza
Rochester, New York 14604-2404
Telephone: (585) 295-4414
Fax: (585) 295-8443
Email: twalsh@hblaw.com

*Attorneys for Third Party Defendant*
*Crosman Corporation*

7514151

## CERTIFICATE OF SERVICE

I, Thomas F. Walsh, certify that on this 19th day of September 2013, I caused a true and correct copy of the foregoing document thereto being filed with the Court, to be served on the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this case and specifically Allen G. Reiter and Michael D. Goodstein as required in the Summons, dated July 8, 2013.

      /s/ Thomas F. Walsh
      Thomas F. Walsh

7514151