IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PHOENIX BEVERAGES. INC., RODB LLC,
WINDMILL DISTRIBUTING COMPANY, L.P.,
UP FROM THE ASHES, INC., and other affiliated
companies of PHOENIX BEVERAGES, INC.

                *Plaintiffs,*

vs.

EXXON MOBIL CORPORATION, EXXONMOBIL
RESEARCH AND ENGINEERING COMPANY and
QUANTA RESOURCES CORPORATION,

                *Defendants.*

Case No. 1:12-CV-03771 (PKC) (JO)

QUANTA RESOURCES CORPORATION,

                *Defendant/Third Party Plaintiff,*

vs.

ACE WASTE OIL, INC., et al.

                *Third-Party Defendants.*

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Danielle E. Mettler, Esq., Hiscock & Barclay, LLP, hereby appears as counsel for Third Party Defendant, Crosman Corporation, in this matter and respectfully requests that her name be placed on the Court's docket and mailing matrix.

Dated: September 19, 2013

                              **HISCOCK & BARCLAY, LLP**

                              /s/ Danielle E. Mettler
                              Danielle E. Mettler

7514923

                                        Hiscock & Barclay, LLP
                                        2000 HSBC Plaza
                                        Rochester, New York 14604-2404
                                        Telephone: (585) 295-4358
                                        Fax: (585) 295-8470
                                        Email: dmettler@hblaw.com

                                        *Attorneys for Third Party Defendant*
                                        *Crosman Corporation*

## **CERTIFICATE OF SERVICE**

      I, Danielle E. Mettler, certify that on this 19th day of September 2013, I caused a true and correct copy of the foregoing document thereto being filed with the Court, to be served on the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this case.

                                        /s/ Danielle E. Mettler
                                        Danielle E. Mettler

7514923