IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al., | : |
| | : |
| *Plaintiffs*, | : |
| -against- | : Civil Action<br>Case #: 1:12-CV-03771 (PKC) (JO) |
| | : |
| EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, | : |
| | : |
| | : |
| | : |
| *Defendants.* | : |
| EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, | : |
| | : |
| | : |
| *Third-Party Plaintiffs*, | : |
| -against- | : |
| ACE WASTE OIL, INC., et al., | : |
| *Third-Party Defendants.* | : |

**PROPOSED STIPULATION EXTENDING THIRD-PARTY DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THIRD-PARTY PLAINTIFFS' COMPLAINTS**

Third-Party Plaintiffs Quanta Resources Corporation ("Quanta Resources") and Exxon Mobil Corporation ("Exxon") and Third-Party Defendant Procter & Gamble Hair Care LLC

("Procter") hereby stipulate that Procter's time to answer, move, or otherwise respond to the Complaints of Quanta Resources and Exxon shall be extended to October 18, 2013.

*Reed W. Neuman* (signature)
Reed W. Neuman, Esq. (RN 5940)
Nossaman LLP
1666 K Street, NW
Suite 500
Washington, DC 20006
(202) 887-1400
Attorney for Third-Party Defendant
Procter & Gamble Hair Care LLC

/s/ *Allen G. Reiter (signed with consent)*
Allen G. Reiter, Esq.
Adrienne M. Hollander, Esq.
Arent Fox LLP
1675 Broadway
New York, New York 10019
Phone: (212) 484-3915
Email: allen.reiter@arentfox.com
           adrienne.hollander@arentfox.com
Attorneys for Third-Party Plaintiff Quanta Resources Corporation

/s/ *Andrew E. Anselmi (signed with consent)*
Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Avenue, Suite 301
Florham Park, NJ 07932
Phone: (973) 457-0116
Email: aanselmi@marc-law.com
Attorney for Third-Party Plaintiff Exxon Mobil Corporation

Dated:  September 20, 2013

**SO ORDERED:**

_____
Magistrate Judge James Orenstein

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al., : <br><br> *Plaintiffs*, : <br><br> -against- : <br><br> EXXON MOBIL CORPORATION, : <br> EXXONMOBIL RESEARCH AND ENGINEERING COMPANY : <br> and QUANTA RESOURCES CORPORATION, : <br><br> *Defendants*. : <br><br> EXXON MOBIL CORPORATION, : <br> EXXONMOBIL RESEARCH AND ENGINEERING COMPANY : <br> and QUANTA RESOURCES CORPORATION, : <br><br> *Third-Party Plaintiffs*, : <br><br> -against- : <br><br> ACE WASTE OIL, INC., et al., : <br><br> *Third-Party Defendants*. : | Civil Action <br> Case #: 1:12-CV-03771 (PKC) (JO) <br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Reed W. Neuman, Esq., do hereby certify that on September 20, 2013, I electronically filed and served STIPULATION on the Clerk of the Court of the United States District Court for

the Eastern District of New York and on all counsel of record using the CM/ECF system.

                                                Respectfully Submitted,

                                                _/s/ Reed W. Neuman_
                                                Reed W. Neuman, Esq.