UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                       Plaintiffs,

            - against -

EXXON MOBIL CORPORATION, et al.
                       Defendants.
-----------------------------------------------------------X

ORDER

12-CV-3771 (PKC) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Puja Bhatia, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 1, 2013, Ms. Bhatia shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Bhatia shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Bhatia shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       September 24, 2013

                                                               /s/
                                                  JAMES ORENSTEIN
                                                  U.S. Magistrate Judge