UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                         Plaintiffs,

            - against -

EXXON MOBIL CORPORATION, et al.,
                       Defendants.
----------------------------------------------------------X

ORDER

12-CV-3771 (PKC) (JO)

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Sharon O. Morgan, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 2, 2013, Ms. Morgan shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Morgan shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Morgan shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
      September 25, 2013

                                _____/s/_____
                                JAMES ORENSTEIN
                                U.S. Magistrate Judge