AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Phoenix Beverages Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-03771-PKC-JO |
| Exxon Mobil Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Honeywell International Inc.

Date:   09/26/2013

Kerry A. Dziubek
*Attorney's signature*

Kerry A. Dziubek
*Printed name and bar number*

Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

*Address*

Kerry.Dziubek@aporter.com
*E-mail address*

(212) 715-1022
*Telephone number*

(212) 715-1399
*FAX number*