UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                Plaintiffs,

                                            ORDER

      - against -

                                            12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Timothy M. Sullivan, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 7, 2013, Mr. Sullivan shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Sullivan shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Sullivan shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
       September 30, 2013

                                                                         /s/
                                               JAMES ORENSTEIN
                                               U.S. Magistrate Judge