## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the law firm of Beveridge & Diamond P.C. and undersigned Timothy M. Sullivan, Esquire, hereby enter an appearance on behalf of Third-Party Defendant, Sunoco, Inc. (alleged to be Sun Oil Refinery f/k/a Sun Oil Co.), in the above-captioned action.

Dated: September 30, 2013

Respectfully submitted,

  /s/    Timothy M. Sullivan
Timothy M. Sullivan (TS 6604)
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
tsullivan@bdlaw.com
Phone: 410-230-1355
Fax: 410-230-1389
Email: tsullivan@bdlaw.com

Attorney for Third-Party Defendant
Sunoco, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I electronically filed and served the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system.

Respectfully submitted,

  /s/     Timothy M. Sullivan
Timothy M. Sullivan (TS 6604)
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
tsullivan@bdlaw.com
Phone: 410-230-1355
Fax: 410-230-1389
Email: tsullivan@bdlaw.com

Attorney for Third-Party Defendant Sunoco, Inc.