UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br>　　　　　Plaintiffs,<br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br>　　　　　Defendants. | Civil Action No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br>　　　　　Third-Party Plaintiffs,<br>v.<br><br>ACE WASTE OIL, INC.; et al.,<br>　　　　　Third-Party Defendants. | NOTICE OF APPEARANCE |

　　　　PLEASE TAKE NOTICE that the undersigned Mark D. Kindt, Esquire hereby enters his appearance as counsel for Novelis Corporation (f/k/a Alcan Aluminum Corporation) in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mark D. Kindt (MK0979)
　　　　　　　　　　　　　　　　　　　　　　　Attorney-at-Law
　　　　　　　　　　　　　　　　　　　　　　　16004 Detroit Avenue, Suite 4
　　　　　　　　　　　　　　　　　　　　　　　Lakewood, Ohio 44017
　　　　　　　　　　　　　　　　　　　　　　　Mark.Kindt@Novelis.com
　　　　　　　　　　　　　　　　　　　　　　　(216) 521-6024

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Novelis Corporation

DATED:  October 1, 2013

<u>CERTIFICATE OF SERVICE</u>

      I, Mark D. Kindt, hereby certify that on October 1, 2013, I electronically filed and served the above Notice of Appearance with the Clerk of Court for the Eastern District of New York and on all counsel of record using the CM/ECF System.

Respectfully submitted,

*[signature]*
_____
Mark D. Kindt (MK0979)
Attorney-at-Law
16004 Detroit Avenue, Suite 4
Lakewood, Ohio 44017
Mark.Kindt@Novelis.com
(216) 521-6024

Counsel for Novelis Corporation