## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al. : | |
| : | CIVIL NO.: 1:12-CV-03771(RRM) (JO) |
| Plaintiffs, : | |
| : | |
| vs. : | |
| : | OCTOBER 1, 2013 |
| EXXON MOBIL CORPORATION, et al. : | |
| : | |
| Defendants. : | |
| _____ : | |
| : | |
| EXXON MOBIL CORPORATION, : | |
| : | |
| Third-Party Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| ACE WASTE OIL, INC.; ACTIVE OIL SERVICE; : | |
| ANDAX ENVIRONMENTAL CORP.; AVCO : | |
| CORPORATION (a/k/a AVCO LYCOMING); : | |
| CONOCO PHILLIPS COMPANY; CROSMAN : | |
| CORP. (f/k/a COLEMAN AIRGUNS, INC.) : | |
| (f/k/a CROSMAN ARMS COMPANY, INC.); : | |
| CROWN CORK & SEAL COMPANY, INC.; : | |
| EMHART TEKNOLOGIES LLC; INDUSTRIAL : | |
| DEVELOPMENT CORP. (a/k/a INDUSTRIAL : | |
| ENVIRONMENTAL); THE. HERTZ : | |
| CORPORATION; KRAFT FOODS GLOBAL, INC. : | |
| (f/k/a WARE CHEMICAL); THE MARLIN : | |
| FIREARMS COMPANY; NEAPCO, INC. : | |
| (a/k/a UNITED COMPONENTS, INC.); : | |
| NEW YORK CITY TRANSIT AUTHORITY; : | |
| NL INDUSTRIES, INC.; NOVELJS : | |
| CORPORATION (f/k/a ALCAN ALUMINUM : | |
| CORPORATION) (a/k/a ALCAN SHEET & : | |
| PLATE); PEABODY COASTAL (a/k/a PEABODY : | |
| INTERNATIONAL CORP.) (a/k/a PULLMAN, : | |
| INC.); PROCTER & GAMBLE HAIRCARE LLC; : | |
| REVERE COPPER PRODUCTS, INC. a/k/a : | |
| REVERE COPPER & BRASS INCORPORATED); : | |
| REXAM BEVERAGE CAN COMPANY (a/k/a : | |
| NATIONAL CAN COMPANY) (a/k/a AMERICAN : | |

| | |
|---|---|
| NATIONAL CAN COMPANY); RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (a/k/a RTC PROPERTIES) (f/k/a UNION MINERAL & ALLOYS CORP.); SIMMONDS PRECISION PRODUCTS, INC.; SUNOCO, INC. (a/k/a SUN OIL REFINERY) (f/k/a SUN OIL CO.); TDY INDUSTRIES, INC.; UNITED SITE SERVICES (f/k/a AMERICAN CLASSIC SANITATION) (f/k/a FARNHAM ENVIRONMENTAL & FARNHAM SANITATION SYSTEMS OF CT); UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF THE NAVY; UNITED STATES DEPARTMENT OF DEFENSE; WALLACE INDUSTRIES INC. (a/k/a WALLACE STEEL CORP.); WASTE MANAGEMENT OF MARYLAND, INC.; WYMAN-GORDON COMPANY; ALCOA INC. (f/k/a ALUMINUM COMPANY OF AMERICA); BASF CORPORATION; BEAZER EAST, INC. (f/k/a KOPPERS COMPANY, INC.); BORG WARNER INC. (a/k/a MORSE CHAIN); CARRIER CORPORATION (CARLYLE COMPRESSOR DIVISION); ELECTRIC BOAT CORPORATION, A GENERAL DYNAMICS COMPANY; FORD MOTOR COMPANY; HONEYWELL INTERNATIONAL, INC. (f/k/a ALLIED SIGNAL); INGERSOLL RAND COMPANY; NORTHROP GRUMMAN CORP. (a/k/a GRUMMAN AEROSPACE CORP.) (a/k/a TRW, INC.); QUALITY CARRIERS, INC. (f/k/a CHEMICAL LEAMAN TANK LINES, INC.); REYNOLDS METALS CO. (a/k/a REYNOLDS ALUMINUM); ROCKWELL AUTOMATION (a/k/a ROCKWELL INTERNATIONAL); SIKORSKY AIRCRAFT CORPORATION; STANLEY BLACK& DECKER (f/k/a THE STANLEY WORKS); UNITED TECHNOLOGIES CORPORATION (a/k/a PRATT & WHITNEY), | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
|        Third-Party Defendants. | : |

_____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Simmonds Precision Products, Inc. hereby discloses the following corporate interests:

1. Simmonds Precision Products, Inc. is a wholly-owned subsidiary of Goodrich Corporation, which is a wholly-owned subsidiary of United Technologies Corporation ("UTC").

2. As of December 31, 2012, based on filings with the Securities and Exchange Commission, UTC was not aware that there were any beneficial owners holding more than ten percent of the outstanding shares of Common Stock of UTC.

Dated: New York, New York
October 1, 2013

/s/ Ryan M. Burns
Ryan M. Burns (RB2672)
ROBINSON & COLE LLP
Attorneys for Third-Party Defendant Simmonds Precision Products, Inc.
Chrysler East Building
666 Third Avenue – 20th Floor
New York, NY 10017
212-451-2900

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ryan M. Burns*
Ryan M. Burns