IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> ACE WASTE OIL, INC.; et al. <br><br> Third-Party Defendants. | **Rule 7.1 Disclosure Statement of Third-Party Defendant Waste Management of Maryland, Inc.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant Waste Management of Maryland, Inc. states that it is a wholly owned subsidiary of Waste Management Holdings, Inc. Waste Management Holdings, Inc. is a wholly owned subsidiary of Waste Management, Inc. Waste Management, Inc. is a publicly held corporation.

| | |
|---|---|
| Dated: October 3, 2013<br>New York, New York | FOX ROTHSCHILD LLP <br><br> /s/ John J. Rolecki, Esq. <br> John J. Rolecki, Esq. <br> 100 Park Avenue, Suite 1500 <br> New York, NY 10017 <br> Phone: (212) 878-7900 <br> Fax:    (212) 692-0940 <br> *Attorneys for Third-Party Defendant* <br> *Waste Management of Maryland, Inc.* |