AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PHOENIX BEVERAGES, INC. et al.<br>*Plaintiff*<br>v.<br>EXXON MOBIL CORPORATION, et al.<br>*Defendant* | Case No.   12-CV-03771 (PKC) (jo) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant New York City Transit Authority

Date: 10/03/2013

*[signature]*
*Attorney's signature*

Lawrence C. Jenkins, 3333
*Printed name and bar number*

Metropolitan Transportation Authority
347 Madison Avenue-9th Floor
New York, NY 10017
*Address*

ljenkins@mtahq.org
*E-mail address*

(212) 878-1033
*Telephone number*

(212) 878-1240
*FAX number*