UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
PHOENIX BEVERAGES, INC., RODB LLC, :
WINDMILL DISTRIBUTING COMPANY, L.P., :
UP FROM THE ASHES, INC., and other affiliated :
companies of PHOENIX BEVERAGES, INC., :
: **NOTICE OF APPEARANCE**
:
Plaintiffs,:
-against- : Index No. 1:12-cv-03771 (PKC) (JO)
:
:
EXXON MOBIL CORPORATION, :
EXXONMOBIL RESEARCH AND :
ENGINEERING COMPANY and :
QUANTA RESOURCES CORPORATION, :
:
:
Defendants.:
:
------------------------------------------------------------x
EXXON MOBIL CORPORATION, :
:
Third-Party Plaintiff,:
-against- :
:
ACE WASTE OIL, INC.; et al. :
:
Third-Party Defendants.:
:
:
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that SIVE, PAGET & RIESEL, P.C., by the undersigned, appears for Third-Party Defendant, Kraft Foods Global, Inc. (f/k/a Ware Chemical) and Third-Party Defendant, River Terminal Development, in the above-captioned litigation. All papers in this matter should be served upon the undersigned.

Dated: October 11, 2013

                       By:    /s/Daniel Riesel
                             Daniel Riesel, 505243
                             SIVE PAGET & RIESEL, P.C.
                             460 Park Avenue, 10th Floor
                             New York, NY 10022
                             Phone: (212) 421-2150
                             Fax: (212) 421-1891
                             driesel@sprlaw.com