IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br>―――――――――――――――――――― <br><br> QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NL INDUSTRIES, INC., et al., <br><br> Third-Party Defendants. | Case No. 1:12-cv-3771 (RRM) (JO) |

**CORPORATE DISCLOSURE STATEMENT OF NL INDUSTRIES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Third-Party Defendant NL Industries, Inc. ("NL") hereby certifies that NL is a non-governmental corporate party.  NL is a publicly traded company, majority owned by Valhi, Inc., majority owned by Valhi Holding Company, owned by Dixie Rice Agricultural Corporation, Inc., owned by Contran Corporation.

                         By:  /s/ *Daniel C. Ritson*
                                DANIEL C. RITSON (DR7270)
                                Archer & Greiner, P.C.
                                One Centennial Square
                                Haddonfield, NJ 08033
                                (856)795-2121
                                Attorneys for Third-Party Defendant
                                NL Industries, Inc.
                                dritson@archerlaw.com

DATED: October 18, 2013

10313508v1