AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Phoenix Beverages, Inc. et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1-12-CV-03771 |
| Exxon Mobil Corporation, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crown Cork & Seal Company, Inc.

Date: 10/15/2013

*Charles M. Tomaselli*
*Attorney's signature*

Charles M Tomaselli  CT 9719
*Printed name and bar number*
Dickerson & Tomaselli, LLC
515 Madison Avenue, Suite 2306
New York, New York 10022

*Address*

ccjt88@aol.com
*E-mail address*

(212) 943-7000
*Telephone number*

(212) 889-3242
*FAX number*