UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
PHOENIX BEVERAGES, INC., RODB LLC,                         :
WINDMILL DISTRIBUTING COMPANY, L.P.,                       :
UP FROM THE ASHES, INC., and other affiliated              :
companies of PHOENIX BEVERAGES, INC.,                      :
:                       **NOTICE OF APPEARANCE**
                                           Plaintiffs,     :
              -against-                                    :    Index No. 1:12-cv-03771 (PKC) (JO)
:
:
EXXON MOBIL CORPORATION,                                   :
EXXONMOBIL RESEARCH AND                                    :
ENGINEERING COMPANY and                                    :
QUANTA RESOURCES CORPORATION,                              :
:
                                           Defendants.     :
:
-----------------------------------------------------------x
EXXON MOBIL CORPORATION,                                   :
:
                              Third-Party Plaintiff,       :
              -against-                                    :
:
ACE WASTE OIL, INC.; et al.                                :
:
                              Third-Party Defendants.      :
:
:
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that SIVE, PAGET & RIESEL, P.C., by the undersigned, appears for Third-Party Defendant, Kraft Foods Global, Inc. (f/k/a Ware Chemical) and Third-Party Defendant, River Terminal Development, in the above-captioned litigation.  All papers in this matter should be served upon the undersigned.

Dated: October 11, 2013

                                       By:     /s/Jennifer Coghlan
                                                      Jennifer Coghlan
                                                      SIVE PAGET & RIESEL, P.C.
                                                      460 Park Avenue, 10th Floor
                                                      New York, NY 10022
                                                      Phone: (212) 421-2150
                                                      Fax: (212) 421-1891
                                                      jcoghlan@sprlaw.com