IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants.<br><hr>EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC.; et al.<br><br>Third-Party Defendants. | Case No. 1:12-CV-03771 (PKC)(JO)<br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF EMHART TEKNOLOGIES LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Third-Party Defendant Emhart Teknologies LLC ("Emhart Teknologies") in the above-entitled action certifies that the following parent companies of Emhart Teknologies and/or publicly held corporations own more than ten percent of the membership interests of Emhart Teknologies.

Black & Decker, Inc., a privately-held corporation, owns 100% of the membership interests of Emhart Technologies. Black & Decker, Inc. is indirectly-owned by Stanley Black & Decker Inc., a publicly-held corporation.

{W0261111; 1}

{W0261111; 1}

        Respectfully Submitted,

*Jerome C. Muys*

**Jerome C. Muys Jr., Esq.**
Sullivan & Worcester LLP
1666 K. Street NW, Suite 700
Washington, DC 20006
Phone: (202) 370-3920
Fax: (202) 293-2275
Email: jmuys@sandw.com

Dated: October 25, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2013, I electronically filed and served the foregoing Corporate Disclosure Statement on the Clerk of the Court of the United States District Court for the Eastern District of New York and on all counsel of record using the CM/ECF system.

Respectfully Submitted,

Jerome C. Muys Jr., Esq.

{W0261111; 1}