UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PHOENIX BEVERAGES, INC., RODB LLC,
WINDMILL DISTRIBUTING COMPANY, L.P.,
UP FROM THE ASHES, INC., and other affiliated
Companies of PHOENIX BEVERAGES, INC.,

                      Plaintiffs,        Case No. 1:12-CV-03771 (PKC)(JO)

    -against-

EXXON MOBIL CORPORATION,
EXXONMOBIL RESEARCH AND                        CORPORATE
ENGINEERING COMPANY and                            DISCLOSURE
QUANTA RESOURCES CORPORATION,              <u>STATEMENT</u>

                      Defendants.

-------------------------------------------------------------x

EXXON MOBIL CORPORATION,

    Defendant/Third-Party Plaintiff,

    -against-

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

-------------------------------------------------------------x

Third-Party Defendant, Kraft Foods Global, Inc., now known as Kraft Foods Group, Inc., by its attorneys, Sive, Paget & Riesel, P.C., as and for its Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, does hereby state as follows:

1. Kraft Foods Inc. is the parent company of Kraft Foods Global, Inc., now known as Kraft Foods Group, Inc.

2. Altria Group, Inc. owns 10% or more of Kraft Foods Inc.

Dated: New York, New York
October 28, 2013

        SIVE, PAGET & RIESEL, P.C.
        Attorneys for Defendant
        Kraft Foods Global, Inc., now known as
        Kraft Foods Group, Inc.

By: /s/_____
Daniel Riesel
460 Park Avenue
New York, New York 10022
(212) 421-2150