UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PHOENIX BEVERAGES, INC., RODB LLC,
WINDMILL DISTRIBUTING COMPANY, L.P.,
UP FROM THE ASHES, INC., and other affiliated
Companies of PHOENIX BEVERAGES, INC.,

                            Plaintiffs,           Case No. 1:12-CV-03771 (PKC)(JO)

      -against-

EXXON MOBIL CORPORATION,
EXXONMOBIL RESEARCH AND                         CORPORATE
ENGINEERING COMPANY and                              DISCLOSURE
QUANTA RESOURCES CORPORATION,                <u>STATEMENT</u>

                            Defendants.

-----------------------------------------------------------------x

EXXON MOBIL CORPORATION,

      Defendant/Third-Party Plaintiff,

      -against-

ACE WASTE OIL, INC., et al.,

      Third-Party Defendants.

-----------------------------------------------------------------x

Third-Party Defendant, River Terminal Development ("RTD"), by its attorneys, Sive, Paget & Riesel, P.C., as and for its Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, does hereby state as follows:

1.  RTC Properties, Inc. (d/b/a RTD) is a wholly owned subsidiary of Hugo Neu Corporation.

Dated: New York, New York
       October 28, 2013

                        SIVE, PAGET & RIESEL, P.C.
                        Attorneys for Defendant
                        River Terminal Development

By: /s/_____
    Daniel Riesel
    460 Park Avenue
    New York, New York 10022
    (212) 421-2150