UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PHOENIX BEVERAGES, INC., RODB LLC,
WINDMILL DISTRIBUTING COMPANY, L.P.,
UP FROM THE ASHES, INC., and other affiliated
Companies of PHOENIX BEVERAGES, INC.,

                Plaintiffs,        Case No. 1:12-CV-03771 (PKC)(JO)

    -against-

EXXON MOBIL CORPORATION,
EXXONMOBIL RESEARCH AND               CORPORATE
ENGINEERING COMPANY and                   DISCLOSURE
QUANTA RESOURCES CORPORATION,         STATEMENT

                Defendants.

----------------------------------------------------------------x

QUANTA RESOURCES CORPORATION,

    Defendants/Third-Party Plaintiffs,

    -against-

ACE WASTE OIL, INC., et al.,

        Third-Party Defendants.

----------------------------------------------------------------x

Third-Party Defendant, River Terminal Development ("RTD"), by its attorneys, Sive, Paget & Riesel, P.C., as and for its Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, does hereby state as follows:

1.    RTC Properties, Inc. (d/b/a RTD) is a wholly owned subsidiary of Hugo Neu Corporation.

Dated: New York, New York
       October 28, 2013

                            SIVE, PAGET & RIESEL, P.C.
                            Attorneys for Defendant
                            River Terminal Development

By:   /s/_____
       Daniel Riesel
       460 Park Avenue
       New York, New York 10022
       (212) 421-2150