IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants. | Case No. 1:12-CV-03771 (PKC)(JO)<br><br><br><br>EMHART TEKNOLOGIES LLC'S<br>ANSWER TO<br>ALL CROSSCLAIMS |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC.; et al.<br><br>Third-Party Defendants. | |

Third-Party Defendant Emhart Teknologies LLC ("Emhart Teknologies") denies each and every allegation and denies liability pursuant to any and all crossclaims that have been or may be asserted against Emhart Teknologies by any party in the above-entitled action.

WHEREFORE, Emhart Teknologies demands judgment dismissing any and all crossclaims against it by any party in the above-entitled action, together with reasonable counsel fees and costs of defending this action, and such other relief as the Court deems just and proper.

{W0261968; 1}

Respectfully Submitted,

*[signature: Jerome C. Muys]*

**Jerome C. Muys Jr., Esq.**
Sullivan & Worcester LLP
1666 K. Street NW, Suite 700
Washington, DC 20006
Phone: (202) 370-3920
Fax: (202) 293-2275
Email: jmuys@sandw.com

Dated: October 29, 2013

{W0261968; 1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2013, I electronically filed and served the foregoing Answer to All Crossclaims on the Clerk of the Court of the United States District Court for the Eastern District of New York and on all counsel of record using the CM/ECF system.

Respectfully Submitted,

*/s/ Jerome C. Muys Jr.*
Jerome C. Muys Jr., Esq.

{W0261968; 1}