## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., | : | Case No. 1:12-cv-3771 (PKC) (JO) |
| Plaintiffs, | : | |
| v. | : | |
| EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, | : | |
| Defendants. | : | |
| EXXON MOBIL CORPORATION, | : | |
| Third-Party Plaintiffs, | : | |
| v. | : | |
| ACE WASTE OIL, INC., et al | : | |
| Third-Party Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Carrier Corporation hereby discloses the following corporate interests:

1. Carrier Corporation is a wholly-owned subsidiary of United Technologies Corporation ("UTC").

2. As of December 31, 2012, based on filings with the Securities and Exchange Commission, UTC was not aware that there were any beneficial owners holding more than ten percent of the outstanding shares of Common Stock of UTC.

12486707-v1

Dated: November 1, 2013

                                                */s/ Megan E. Baroni*
Megan E. Baroni (MB8141)
ROBINSON & COLE LLP
Attorneys for Third Party Defendant
Carrier Corporation
1055 Washington Boulevard
Stamford, CT 06901-2249
Phone:  203-462-7528
Fax: 203-462-7599
*mbaroni@rc.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2013, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Megan E. Baroni*
Megan E. Baroni