UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                      Plaintiffs,

                                                    ORDER

        - against -
                                                   12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                      Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Bina R. Reddy, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 15, 2013, Ms. Reddy shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Reddy shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Reddy shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       November 8, 2013

                                                                      _____/s/_____
                                                                      JAMES ORENSTEIN
                                                                       U.S. Magistrate Judge