IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>    Defendants.<br><br>EXXON MOBIL CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>-against-<br><br>ACE WASTE OIL, INC., et al.,<br><br>    Third-Party Defendants. | Case No. 1:12-CV-03771 (PKC) (JO)<br><br>**ANSWER TO<br>THIRD-PARTY DEFENDANT<br>NL INDUSTRIES, INC.'S<br>COUNTERCLAIM AGAINST<br>DEFENDANT/THIRD-PARTY PLAINTIFF<br>EXXON MOBIL CORPORATION** |

Defendant/third-party plaintiff Exxon Mobil Corporation ("ExxonMobil") by its attorneys as and for its answer to the counterclaim ("Counterclaim") of third-party defendant NL Industries, Inc. or "Third-Party Defendant", states as follows:

    1.    The allegations contained in Count I of the Counterclaim state legal conclusions to which no responsive pleading is required. Moreover, to the extent the allegations refer to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in Count I of the Counterclaim.

    2.    The allegations contained in Count II of the Counterclaim state legal conclusions to which no responsive pleading is required. Moreover, to the extent the allegations refer

to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in Count II of the Counterclaim.

## AFFIRMATIVE DEFENSES

ExxonMobil adopts and incorporates by reference the affirmative defenses pleaded in its Answer to the Complaint and incorporates by reference the affirmative defenses pleaded by all other parties.

**WHEREFORE**, ExxonMobil demands judgment against NL INDUSTRIES, INC. as follows:

    a)     dismissing NL INDUSTRIES, INC.'S Counterclaim;

    b)     awarding ExxonMobil its reasonable attorneys' fees;

    c)     awarding ExxonMobil its cost of suit; and

    d)     such other relief as the Court shall deem just and equitable.

Dated: November 8, 2013
New York, New York

MCCUSKER, ANSELMI, ROSEN & CARVELLI

By: _____/s/_____
Andrew E. Anselmi
Maura W. Sommer
805 Third Avenue, 12th Floor
New York, New York 10022
(212) 308-0070
*Attorneys for Third-Party Plaintiff
Exxon Mobil Corporation*