IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br>                 Plaintiffs, <br><br>-against- <br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br>                 Defendants. <br><br>EXXON MOBIL CORPORATION, <br><br>                 Third-Party Plaintiff, <br><br>-against- <br><br>ACE WASTE OIL, INC.; et al. <br><br>                 Third-Party Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Oksana G. Wright, Esq. of the law firm Fox Rothschild LLP, hereby enters her appearance as counsel for Defendant Waste Management of Maryland, Inc. to represent it in connection with the above-captioned proceeding. Ms. Wright's address and telephone number are:

        Fox Rothschild LLP
        100 Park Avenue, 15th Fl.
        New York, NY 10017
        Attn: Oksana G. Wright, Esq.
        Tel: (212) 878-7900
        Fax: (212) 692-0940

Email: owright@foxrothschild.com

Dated: New York, New York
November 8, 2013

Counsel to Defendant Waste Management of Maryland, Inc.
By: /s/ Oksana G. Wright
Oksana G. Wright
100 Park Avenue, 15th Fl.
New York, NY 10017
(212) 878-7900