

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Sharon Oras Morgan
Direct Dial:  (302) 622-4246
Email Address:  smorgan@foxrothschild.com

November 12, 2013

**VIA ELECTRONIC FILING**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Phoenix Beverages, Inc., et al. v. Exxon Mobil Corporation, et al.
>       Case No.:  1:12-cv-03771-PKC-JO

Dear Judge Chen:

This firm represents Third-Party Defendant, Waste Management of Maryland, Inc. ("WMM"), in the above-captioned matter.  WMM respectfully joins in and incorporates by reference the motion of other third-party defendants, filed November 8, 2013 (Docket No. 238) and granted on November 12, 2013, that the answers to cross-claims be stayed until all third-party defendants have answered the third-party complaints and a conference is scheduled to address the case management order for the third-party action.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Sharon Oras Morgan*

Sharon Oras Morgan
Counsel for Waste Management of Maryland, Inc.

cc:  Counsel of Record (via ECF)