# Archer&Greiner P.C.
### ATTORNEYS AT LAW

Daniel C. Ritson
*Member of New Jersey and New York Bars*
dritson@archerlaw.com
201-498-8513 Direct

21 Main Street, Suite 353
Court Plaza South, West Wing
Hackensack, NJ 07601-7095
201- 342-6000 Main
201- 342-6611 Fax
www.archerlaw.com

November 12, 2013

<u>Via ECF</u>

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Phoenix Beverages, Inc., et al. v. Exxon Mobil Corporation, et al.
           Case No. 1:12-cv-03771

Dear Judge Chen:

    We represent third-party defendant NL Industries, Inc. We are in receipt of the November 8, 2013 motion [DE 238] of third-party defendant Novelis Corporation and certain other third-party defendants (provided in Exhibit 1 to Novelis Corporation's motion), requesting that answers to cross-claims be stayed until all third-party defendants have answered the third-party complaints and a conference is scheduled at which a case management order for the third-party actions is addressed. Please be advised that NL Industries, Inc. consents to the relief requested by Novelis Corporation.

    The Court's consideration is appreciated.

                                    Respectfully submitted,

                                    ARCHER & GREINER
                                    A Professional Corporation

                                    BY:_____
                                    Daniel C. Ritson

cc:   NL Industries, Inc.
       All counsel (via ECF)