UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>                                   Defendants. | Civil Action No. 1:12-cv-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>                                   Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC., et al.,<br><br>                                   Third-Party Defendants. | NOTICE OF APPEARANCE |

To:  Clerk of Court and all parties of record.

PLEASE TAKE NOTICE that Stephen Scotch-Marmo of the law firm Bingham McCutchen LLP hereby enters his appearance as counsel for third-party defendant TDY Industries, LLC (f/k/a TDY Industries, Inc.) to represent it in the above-captioned proceeding.

New York, New York
November 13, 2013

                                                            Respectfully submitted,

                                                            */s/ Stephen Scotch-Marmo*
                                                            Stephen Scotch-Marmo
                                                            Bingham McCutchen LLP
                                                            399 Park Avenue
                                                            New York, NY 10022
                                                            stephen.scotch-marmo@bingham.com
                                                            212-705-7575