UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES INC., et al.,
                Plaintiffs,

                                                      ORDER

      - against -

                                                     12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Harold L. Segall, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 21, 2013, Mr. Segall shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Segall shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Segall shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated:  Brooklyn, New York
          November 14, 2013

                                                                      /s/
                                                      JAMES ORENSTEIN
                                                      U.S. Magistrate Judge