AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Phoenix Beverages, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cv-03771-PKC-JO |
| Exxon Mobil Corporation et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peabody International Corp.                                                                                                             .

Date:   11/22/2013

Allison A. Torrence
*Attorney's signature*

Allison A. Torrence/ AT4389
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

atorrence@jenner.com
*E-mail address*

(312) 923-8347
*Telephone number*

(312) 923-8447
*FAX number*