AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Phoenix Beverages, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:12-cv-03771-PKC-JO |
| Exxon Mobil Corporation et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peabody International Corp.                                                                                          .

Date:     11/22/2013

Keri L. Holleb Hotaling
*Attorney's signature*

Keri L. Holleb Hotaling/KH1235
*Printed name and bar number*

Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

*Address*

khotaling@jenner.com
*E-mail address*

(312) 840-8629
*Telephone number*

(312) 840-8729
*FAX number*