UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PHOENIX BEVERAGES, INC., RODB, LLC,
WINDMILL DISTRIBUTING COMPANY, LP., UP
FROM THE ASHES, INC., and other affiliated
companies of PHOENIX BEVERAGES, INC.,

                        Plaintiff,

-against-

EXXON MOBIL CORPORATION, EXXONMOBIL
RESEARCH AND ENGINEERING COMPANY and
QUANTA RESOURCES CORPORATION,

                        Defendants.

---

QUANTA RESOURCES CORPORATION,

                        Third-Party Plaintiffs,

-against-

ACE WASTE OIL, INC.; ACTIVE OIL SERVICE;
ANDAX ENVIRONMENTAL CORP.; AVCO
CORPORATION (a/k/a AVCO LYCOMING);
CONOCOPHILLIPS COMPANY; CROSMAN CORP.
(f/k/a COLEMAN AIRGUNS, INC. (f/k/a CROSMAN
ARMS COMPANY, INC.); CROWN CORK & SEAL
COMPANY, INC.; EMHART TEKNOLOGIES, LLC;
INDUSTRIAL DEVELOPMENT CORP. (a/k/a
INDUSTRIAL ENVIRONMENTAL ); THE HERTZ
CORPORATION; KRAFT FOODS GLOBAL, INC.
(f/k/a WARE CHEMICAL); THE MARLIN
FIREARMS COMPANY; NEAPCO, INC. (a/k/a
UNITED COMPONENTS, INC.); NEW YORK CITY
TRANSIT AUTHORITY; NL INDUSTRIES, INC.;
NOVELIS CORPORATION (f/k/a ALCAN
ALUMINUM CORPORATION)) (a/k/a ALCAN
SHEET & PLATE); PEABODY COASTAL (a/k/a
PULLMAN, INC.) PROCTER & GAMBLE
HAIRCARE, LLC; REVERE COPPER PRODUCTS,
INC. (a/k/a REVERE COPPER & BRASS
INCORPORATED); REXAM BEVERAGE CAN

Case No. 1:12-CV-03771 (PKC) (JO)

NOTICE OF APPEARANCE

COMPANY (a/k/a NATIONAL CAN COMPANY) (a/k/a AMERICAN NATIONAL CAN COMPANY); RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (a/k/a RTC PROPERTIES (f/k/a UNION MINERAL & ALLOYS CORP.); SIMMONDS PRECISION PRODUCTS, INC.; SUNOCO, INC. (a/k/a SUN OIL REFINERY) (f/k/a SUN OIL CO.); TDY INDUSTRIES, INC.; UNITED SITE SERVICES (f/k/a AMERICAN CLASSIC SANITATION) (f/k/a FARNHAM ENVIRONMENTAL & FARNHAM SANITATION SYSTEMS OF CT); UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY; UNITED STATES OF AMERICA; WALLACE INDUSTRIES, INC. (a/k/a WALLACE STEEL CORP.); WASTE MANAGEMENT OF MARYLAND, INC.; WYMAN-GORDON COMPANY,

Third-Party Defendants.

PLEASE TAKE NOTICE that the undersigned Waters, McPherson, McNeill, P.C., by Susan C. Gieser, Esquire, hereby enters its appearance on behalf of Third Party Defendant, ConocoPhillips Company, in the above-captioned action.

Respectfully submitted,

WATERS, MCPHERSON, MCNEILL, P.C.
300 Lighting Way, 7th Floor, Secaucus, NJ 07096
(201) 863-4400
sgieser@lawwmm.com
Attorneys for Third-Party Defendant
CONOCOPHILLIPS COMPANY

By:   S/ Susan C. Gieser, Esq.
      SUSAN C. GIESER, ESQ. (SG2030)

November 26, 2013
779073