UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL
DISTRIBUTING COMPANY, L.P. UP FROM ASHES, INC.    Case No.:
and other affiliated companies of PHOENIX BEVERAGES,   1:12-Cv-03771(FKC)(JO)
INC.,

                    Plaintiffs,              **NOTICE OF APPEARANCE**
   -against-

EXXON MOBIL CORPORATION, EXXON MOBIL
RESEARCH AND ENGINEERING COMPANY and
QUANTA RESOURCES CORPORATION,

                    Defendants,
_____X
EXXON MOBIL CORPORATION,

                  Third-Party Plaintiffs,

   -against-

ACE WASTE OIL, INC., ACTIVE OIL SERVICE, ANDAX ENVIRONMENTAL CORP., AVCO CORPORATION (f/k/a AVCO LYCOMING), CONOCOPHILLIPS COMPANY, CROSMAN CORP. (f/k/a COLEMAN AIRGUNS, INC.)(f/k/a CROSMAN ARMS COMPANY, INC.), CROWN CORK & SEAL COMPANY, INC., EMHART TEKNOLOGIES LLC, INDUSTRIAL DEVELOPMENT CORP. (a/k/a INDUSTRIAL ENVIRONMENTAL), THE HERTZ CORPORATION, KRAFT FOODS GLOBAL, INC. (f/k/a WARE CHEMICAL), THE MARLIN FIREARMS COMPANY, NEAPCO, INC. (a/k/a UNITED COMPONENTS, INC.) NEW YORK CITY TRANSIT AUTHORITY, NL INDUSTRIES, INC., NOVELIS CORPORATION (f/k/a ALCAN ALUMINUM CORPORATION)(f/k/a ALCAN SHEET & PLATE), PEABODY COASTAL (f/k/a PEABODY INTERNATIONAL CORP.)(a/k/a PULLMAN, INC.), PROCTOR & GAMBLE HAIRCARE LLC, REVERE COOPER PRODUCTS, INC. (a/k/a REVERE COPPER & BRASS INCORPORATED), REXAM BEVERAGE CAN COMPANY (a/k/a NATIONAL CAN COMPANY)(a/k/a AMERICAN NATIONAL CAN COMPANY), RIVER TERMINAL DEVELOPMENT(SCRAP YARD

DIVISION)(a/k/a RTC PROPERTIES)(f/k/a UNION MINERAL AND ALLOYS CORP.), SIMMONDS PRECISION PRODUCTS, INC., SUNOCO, INC. (a/k/a SUN OIL REFINERY)(f/k/a SUN OIL CO.), TDY INDUSTRIES, INC., UNITED SITE SERVICES (f/k/a AMERICAN CLASSIC SANITATION)(f/k/a FARNHAM ENVIRONMENTAL & FARNHAM SANITATION SYSTEMS OF CT), UNITED STATES DEPARTMENT OF THE AIR FORCE, UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES DEPARTMENT OF THE COAST GUARD, UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA, WALLACE INDUSTRIES, INC.(a/k/a WALLACE STEEL CORP.), WASTE MANAGEMENT OF MARYLAND, INC., WYMAN-GORDON COMPANY,

      Third-Party Defendants.
--------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter the appearances of the undersigned as counsel in this case for the Third-party Defendant United Site Services, Inc., i/s/h/a United Site Services, Inc. (f/k/a American Classic Sanitation)(f/k/a Farnham Environmental & Farnham Sanitation Systems of CT).

The undersigned certify that they are admitted to practice in this Court.

Dated: New York, New York
   November 27, 2013

             **MCGIVNEY & KLUGER, P.C.**

             By: _____
             Richard E. Leff, Esq. (RL 2123)
             80 Broad Street – 23rd Floor
             New York, New York 10004
             212-509-3456

             *Attorneys for Third-Party Defendant*
             United Site Services, Inc., i/s/h/a United Site Services, Inc. (f/k/a American Classic Sanitation)(f/k/a Farnham Environmental & Farnham Sanitation Systems of CT)