**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., | : <br> : <br> : Case No. 1:12-cv-3771 (PKC) (JO) <br> : |
| Plaintiffs, | : |
| v. | : |
| EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, | : |
| Defendants. | : |
| EXXON MOBIL CORPORATION, | : |
| Third-Party Plaintiffs, | : |
| v. | : |
| ACE WASTE OIL, INC., et al | : |
| Third-Party Defendants. | |

---

## NOTICE OF APPEARANCE

To:  Clerk of the Court and all parties of record,

I am admitted or otherwise authorized to practice in this Court, and I appear in this matter as counsel for Carrier Corporation, Sikorsky Aircraft Corporation, Simmonds Precision Products, Inc., and United Technologies Corporation.

12588557-v1

Dated: December 3, 2013

                              */s/ James P. Ray*
                              James P. Ray (JR 0929)
                              ROBINSON & COLE LLP
                              Attorneys for Third-Party Defendants
                              Carrier Corporation, Sikorsky Aircraft
                              Corporation, Simmonds Precision Products,
                              Inc. and United Technologies Corporation
                              280 Trumbull Street
                              Hartford, CT  06103
                              (860) 275-8200

## **CERTIFICATE OF SERVICE**

I, James P. Ray, do hereby certify that on December 3, 2013, I electronically filed the attached Notice of Appearance with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system, which provided notice of the filing of each of the parties.

Dated:  December 3, 2013

/s/ James P. Ray
James P. Ray (JR 0929)