IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br><hr><br> QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NL INDUSTRIES, INC., et al., <br><br> Third-Party Defendants. | Case No. 1:12-cv-3771 (RRM) (JO) |

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before the Honorable James Orenstein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(e) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a

member of the firm of Archer & Greiner, P.C. and a member in good standing of the Bar of the United States District Court for the District of New Jersey, the Bar of the United States District Court for the Eastern District of Pennsylvania, the Bar of the State of New Jersey, and the Bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Third-Party Defendant NL Industries, Inc. There are no pending disciplinary proceedings against the undersigned in any State or Federal court.

Respectfully Submitted,

By: _____
Christopher R. Gibson, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorney for Third-Party Defendant
NL Industries, Inc.
(856)795-2121 Main
(856)673-7077 Fax
cgibson@archerlaw.com

DATED: 12/2/13

10315175v1