# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br>_____ <br><br> QUANTA RESOURCES CORPORATION, EXXON MOBIL CORPORATION, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NL INDUSTRIES, INC., et al., <br><br> Third-Party Defendants. | Case No. 1:12-cv-3771 (RRM) (JO) |

## ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is hereby granted.  The admitted attorney, Christopher R. Gibson, is permitted to argue or try this particular case in whole or in part as counsel or advocate for third-party defendant NL Industries, Inc.

   This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

DATED:

                            _____
                            The Honorable James Orenstein
                            United States Magistrate Judge

10315314v1