UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES INC., et al.,
                      Plaintiffs,

                ORDER

       - against -

                12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                      Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Duke K. McCall, III, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 10, 2013, Mr. McCall shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. McCall shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. McCall shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       December 3, 2013

                                                  _____/s/_____
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge