UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.<br><br>                            Plaintiffs,<br><br>    - against -<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY, and QUANTA RESOURCES CORPORATION,<br><br>                            Defendants,<br><br>EXXON MOBIL CORPORATION,<br><br>                            Third-Party Plaintiffs,<br><br>    - against -<br><br>ACE WASTE OIL, INC., et al.<br><br>                            Third-Party Defendants. | Docket No. 12-cv-03771-PKC-JO<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Marka Belinfanti, Esq. of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendants BorgWarner, Inc., Alcoa Inc., and Reynolds Metals Company. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated: New York, New York
       December 3, 2013

                                HINSHAW & CULBERTSON LLP
                                *Attorneys for Defendants, BorgWarner, Inc.*
                                *Alcoa, Inc. and Reynolds Metals Company*

                                By: *s/Marka Belinfanti*
                                    Marka Belinfanti (MB-2539)

                                800 Third Avenue, 13th Floor
                                New York, New York 10022
                                Tel: (212) 471-6200
                                Fax: (212) 935-1166

TO: All Counsel

130701791v1 0916108