UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────X
PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL
DISTRIBUTING COMPANY, L.P. UP FROM ASHES, INC.
and other affiliated companies of PHOENIX BEVERAGES,
INC.,

                                Plaintiffs,
      -against-

EXXON MOBIL CORPORATION, EXXON MOBIL
RESEARCH AND ENGINEERING COMPANY and
QUANTA RESOURCES CORPORATION,

                                Defendants,
──────────────────────────────────────X
EXXON MOBIL CORPORATION,

                         Third-Party Plaintiffs,

      -against-

Case No.:
1:12-Cv-03771(FKC)(JO)

**CORPORATE DISCLOSURE STATEMENT**

ACE WASTE OIL, INC., ACTIVE OIL SERVICE, ANDAX ENVIRONMENTAL CORP., AVCO CORPORATION (f/k/a AVCO LYCOMING), CONOCOPHILLIPS COMPANY, CROSMAN CORP. (f/k/a COLEMAN AIRGUNS, INC.)(f/k/a CROSMAN ARMS COMPANY, INC.), CROWN CORK & SEAL COMPANY, INC., EMHART TEKNOLOGIES LLC, INDUSTRIAL DEVELOPMENT CORP. (a/k/a INDUSTRIAL ENVIRONMENTAL), THE HERTZ CORPORATION, KRAFT FOODS GLOBAL, INC. (f/k/a WARE CHEMICAL), THE MARLIN FIREARMS COMPANY, NEAPCO, INC. (a/k/a UNITED COMPONENTS, INC.) NEW YORK CITY TRANSIT AUTHORITY, NL INDUSTRIES, INC., NOVELIS CORPORATION (f/k/a ALCAN ALUMINUM CORPORATION)(f/k/a ALCAN SHEET & PLATE), PEABODY COASTAL (f/k/a PEABODY INTERNATIONAL CORP.)(a/k/a PULLMAN, INC.), PROCTOR & GAMBLE HAIRCARE LLC, REVERE COOPER PRODUCTS, INC. (a/k/a REVERE COPPER & BRASS INCORPORATED), REXAM BEVERAGE CAN COMPANY (a/k/a NATIONAL CAN COMPANY)(a/k/a AMERICAN NATIONAL CAN COMPANY), RIVER TERMINAL DEVELOPMENT(SCRAP YARD

DIVISION)(a/k/a RTC PROPERTIES)(f/k/a UNION MINERAL AND ALLOYS CORP.), SIMMONDS PRECISION PRODUCTS, INC., SUNOCO, INC. (a/k/a SUN OIL REFINERY)(f/k/a SUN OIL CO.), TDY INDUSTRIES, INC., UNITED SITE SERVICES (f/k/a AMERICAN CLASSIC SANITATION)(f/k/a FARNHAM ENVIRONMENTAL & FARNHAM SANITATION SYSTEMS OF CT), UNITED STATES DEPARTMENT OF THE AIR FORCE, UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES DEPARTMENT OF THE COAST GUARD, UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA, WALLACE INDUSTRIES, INC.(a/k/a WALLACE STEEL CORP.), WASTE MANAGEMENT OF MARYLAND, INC., WYMAN-GORDON COMPANY,

                        Third-Party Defendants.

-------------------------------------------------------------X

Third-Party Defendant United Site Services, Inc., i/s/h/a United Site Services, Inc. (f/k/a American Classic Sanitation)(f/k/a Farnham Environmental & Farnham Sanitation Systems of CT) (hereinafter "United Site Services"), by its undersigned counsel, hereby submits this Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1(a). United Site Services is a corporation organized under the law of Delaware. United Site Services is wholly owned by United Site Services Intermediate Corp., which is privately held. There are no publicly-held companies that own 10% or more of the stock of United Site Services.

Dated: New York, New York
      December 4, 2013

                                              **MCGIVNEY & KLUGER, P.C.**

                                              By: _____
                                                 Richard E. Leff, Esq. (RL 2123)
                                                 80 Broad Street – 23rd Floor
                                                 New York, New York 10004

212-509-3456

***Attorneys for Third-Party Defendant***
United Site Services, Inc., i/s/h/a United Site Services, Inc. (f/k/a American Classic Sanitation)(f/k/a Farnham Environmental & Farnham Sanitation Systems of CT)