UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PHOENIX BEVERAGES, INC, RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P. UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,

Plaintiffs,

vs.

EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,

Defendants.

Civil No. 1:12-cv-3771

---

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Third-Party Defendant Ford Motor Company.

I certify that I am admitted to practice in this Court.

Dated: December 4, 2013

By: *(signature)* Doreen A. Simmons

HANCOCK ESTABROOK, LLP.
Doreen A. Simmons, Esq.
Bar No. DS3920
*Attorneys for Third-Party Defendant Ford Motor Company*
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Tel: (315) 565-4500

{H2181214.1}

1