# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br>   Plaintiffs, <br><br>vs. <br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br>   Defendants. | Case No. 1:12-CV-03771(PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION, <br><br>   Third-Party Plaintiffs, <br><br>v. <br><br>ACE WASTE OIL, INC.; et al., <br><br>   Third-Party Defendants. | |

## JOINT STATUS REPORT

   The undersigned Parties submit this joint status report pursuant to the Case Management and Scheduling Order dated December 6, 2012 (Doc. 31). The Plaintiffs and Defendants previously appeared for a case status conference before Your Honor on June 6, 2013.

**Status of Discovery Between Plaintiffs and Defendants**:

Discovery in this case has proceeded since the last case status conference and has consisted of the following:

- The Parties' exchange of paper discovery has continued on a rolling basis.
- Defendants anticipate producing additional documents following resolution of the Motion for Disqualification.
- Defendants served additional document subpoenas on non-parties to this action on June 14, 2013, June 18, 2013, July 22, 2013, and August 1, 2013.
- Plaintiffs served their First Requests for Admission to Defendant Exxon Mobil Corporation on June 21, 2013, which Exxon Mobil Corporation responded to on July 24, 2013.

**Status of Pleadings in Third-Party Action**:[1]

On July 1, 2013, Defendants filed Third-Party Complaints against a total of fifty Third-Party Defendants ("TPDs") (Docs. 74 and 75). Pursuant to this Court's November 13, 2013 Order, on November 27, 2013, all parties that have appeared in the case filed a joint submission proposing that the Court extend the deadline for TPDs' answers to the third-party complaint until 14 days after Judge Irizarry rules on a CERCLA 107(a) motion brought by TPDs against Quanta and Exxon in another matter, *DMJ Associates, LLC v. Carl A. Capasso,* Civil Action No.: 97-CV-7285 (DLI) (RML) (the "DMJ Litigation"). In addition, the parties proposed that the deadline for TPD's answers to cross claims be extended until all third-party defendants have answered the third-party complaints and a conference is scheduled at which the case management order for the third-party action is addressed. On December 2, 2013, the Court adopted and so-ordered the schedule proposed by the parties for answers to be submitted by the TPDs (Doc. 310).

---

[1] In accordance with the Court's December 3, 2013 Order and the case management and scheduling order (Doc. 31), the Third-Party Defendants ("TPDs") and Federal TPDs listed on Exhibit A of the separate submission by Gibbons PC and the TPDs listed on Attachment A of the separate submission by Robinson & Cole LLP have reviewed this Joint Status Report and concur in this section of the Joint Status Report concerning the Status of Pleadings in Third-Party Action.

**Motions**:

On June 17, 2013, Defendants filed their Motion to Disqualify Plaintiffs' Counsel, Plaintiffs' Opposition thereto, and Defendants' Reply (Docs. 61-72). This Motion is fully briefed. As Your Honor is aware, this Motion must be argued under seal pursuant to the Parties' Stipulation and Protective Order (Doc. 56) and your Order dated April 23, 2013.

On November 27, 2013, Plaintiffs filed a motion to take depositions of Defendants pursuant to Federal Rule of Civil Procedure 30(b)(6) (Doc. 312). Counsel for Plaintiffs initially sent copies of the notices to counsel for Defendants on November 7, 2013 and attempted to agree upon dates for the depositions. When counsel for Defendants did not agree on dates for these depositions, the Notices were served on Defendants on November 22, 2013. The Parties met and conferred on this issue in a conference call on November 26, 2013. On December 2, 2013, the Court ordered Defendants to respond to Plaintiffs' Motion by December 4, 2013. The Defendants are filing their responses today.

**Status of Environmental Investigation of the Phoenix Property**:

The Parties attended a meeting with NYSDEC on October 22, 2013, and additional sampling on the Phoenix property is being planned for the next several months to further evaluate the contamination on the Phoenix property for purposes of designing remediation measures.

Dated: December 4, 2013

| HUNSUCKER GOODSTEIN, PC | ARENT FOX LLP |
|---|---|
| By: /s/ | By: /s/ |
| Stacey H. Myers | Allen G. Reiter |
| Michael D. Goodstein | Adrienne M. Hollander |
| 5335 Wisconsin Avenue, NW | 1675 Broadway |
| Suite 360 | New York, NY 10019 |
| Washington, DC 20015 | 212-484-3900 |
| 202-895-5380 | *Attorneys for Defendant Quanta Resources Corporation* |
| *Attorneys for Plaintiffs* | |

McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.

By: /s/
Andrew E. Anselmi
Maura W. Sommer
210 Park Avenue
Suite 301
Florham Park, NJ 07932
973-635-6300
*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Research and Engineering Company*

SULLIVAN & WORCESTER LLP

By: /s/
Jerome C. Muys, Jr.
Attorney at Law
1666 K Street, NW
Washington, DC 20006
202-370-3920
*Attorney for Third Party Defendant Emhart Teknologies LLC*

ScHENCK, PRICE, SMITH & KING, LLP

By: /s/
Sean Monaghan
John Patrick Campbell
220 Park Avenue | PO Box 991
Florham Park, NJ 07932
973-631-7856
*Attorneys for Third Party Defendant Wyman-Gordon Company*

FOX ROTHSCHILD LLP

By: /s/
Sharon Oras Morgan
Oksana G. Wright
919 North Market Street
Suite 1300
Wilmington, DE 19899
302-654-7444
*Attorneys for Third Party Defendant Waste Management of Maryland, Inc.*

ARCHER & GREINER, P.C.

By: /s/
Pete Jamison, Esq.
Daniel Charles Ritson
One Centennial Square
Haddonfield, NJ 08033
856-354-3055
*Attorneys for Third Party Defendant NL Industries, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2013, I electronically filed and served the foregoing document with the Clerk of the Court for the United States District Court Eastern District of New York by using the CM/ECF system. I certify that the following counsel in the case are registered CM/ECF users and will be served via the CM/ECF system:

Sandra Lynn Levy Sandra.Levy@usdoj.gov

Daniel Riesel driesel@sprlaw.com

Gordon J. Johnson GoJohnso@mtahq.org

Allen G. Reiter reiter.allen@arentfox.com

Norman Walter Bernstein nwbernstein@nwbllc.com

Reed W. Neuman rneuman@nossaman.com

Kerry Ann Dziubek kerry.dziubek@aporter.com

Charles M. Tomaselli ccjt88@aol.com

Camille V. Otero cotero@gibbonslaw.com

Lawrence C. Jenkins ljenkins@mtahq.org

John Patrick Campbell jpc@spsk.com

Timothy E. Corriston tcorriston@connellfoley.com

Thomas R. Smith smithtr@bsk.com,

Robert R. Tyson tysonr@bsk.com

Michael G. Murphy mmurphy@bdlaw.com

William S Hatfield whatfield@gibbonslaw.com

Andrew E. Anselmi aanselmi@marc-law.com,

Mark D Kindt mark.kindt@novelis.com, mkindt@kindt.com

Timothy M. Sullivan tsullivan@bdlaw.com

Jennifer Lynn Coghlan jcoghlan@sprlaw.com

Emily A Kaller ekaller@greenbaumlaw.com,

Sean Monaghan sm@spsk.com, stmonaghan@comcast.net

Jerome Muys jmuys@sandw.com

Donald J. Fay djf@lawwmm.com

Katya T Jestin kjestin@jenner.com,

Daniel Charles Ritson dritson@archerlaw.com, danielritson@gmail.com

Danielle Elizabeth Mettler dmettler@hblaw.com, danielle.mettler@gmail.com

Stephen Scotch-Marmo stephen.scotch-marmo@bingham.com

Allison A. Torrence atorrence@jenner.com

Thomas F Walsh twalsh@hblaw.com, dmartelle@hblaw.com

Adrienne M. Hollander hollander.adrienne@arentfox.com

Oksana Gaussy Wright owright@foxrothschild.com

Keri L. Holleb Hotaling khotaling@jenner.com, docketing@jenner.com

Susan C Gieser sgieser@lawwmm.com

Puja Bhatia pbhatia@nossaman.com

Sharon Oras Morgan smorgan@foxrothschild.com, cgurley@foxrothschild.com

Megan E Baroni mbaroni@rc.com

Bina R. Reddy breddy@bdlaw.com

Richard Eric Leff rleff@mcgivneyandkluger.com

James Patrick Ray jray@rc.com

Marka Belinfanti mbelinfanti@hinshawlaw.com

Duke K. McCall , III duke.mccall@bingham.com

Doreen A. Simmons dsimmons@hancocklaw.com

                                                  */s/ Stacey H. Myers*
                                                  Stacey H. Myers