# ROBINSON & COLE LLP

JAMES P. RAY

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jray@rc.com
Direct (860) 275-8257

Also admitted in New York and
Massachusetts

*Via Electronic Filing*

December 4, 2013

United States Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Phoenix Beverages, Inc. et al. v. Exxon Mobil Corporation, et al.
     Case No. 1:12-CV-03771-PKC-JO**

Dear Judge Orenstein:

This office represents United Technologies Corporation, Sikorsky Aircraft Corporation, Carrier Corporation, and Simmonds Precision Products, Inc., third party defendants in the referenced action. We also serve as lead counsel for a group of third party defendants, identified in Attachment A to this letter.

We understand, based on your December 3, 2013 order and our discussions with counsel for other parties, that all parties must attend the December 6th status conference, but that all need not appear in person. We further understand that you would like lead counsel for various third party defendant groups to attend in person, and as such, the undersigned will attend in person on behalf of the Attachment A group. Attorney Norman W. Bernstein, who represents group member Electric Boat Corporation, A General Dynamics Company, may also attend in person. Representatives of the other group members, identified in Attachment A, will participate by phone.

Finally, we understand that a number of other third party defendants have submitted, or will be submitting, a letter to Your Honor identifying certain concerns about the progression of the case and proposing specific elements of a potential case management order. We share many of those concerns, though not all of our concerns are addressed by their proposal (including issues related to the source of contamination on the Phoenix Beverages parcel, where former Pratt Works operations



*Law Offices*

BOSTON

PROVIDENCE

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

ALBANY

SARASOTA

www.rc.com    12590584-v1

# ROBINSON & COLE LLP

United States Magistrate Judge James Orenstein
December 4, 2013
Page 2

took place.) We look forward to discussing these issues on Friday or at a future time, at the court's direction.

Sincerely,

James P. Ray

Copy to:   All Counsel of Record (via electronic filing)

# ATTACHMENT A

ALCOA INC. /REYNOLDS METAL COMPANY (Thomas Lupo or his designee, by phone)

BASF CORPORATION (David Schneider, by phone)

BEAZER EAST, INC. (Lindsey Howard or his designee, by phone)

BORGWARNER INC. (Thomas Lupo or his designee, by phone)

QUALITY CARRIERS, INC. AS SUCCESSOR TO CHEMICAL LEAMAN TANK LINES, INC. (to be designated)

FORD MOTOR COMPANY (Doreen Simmons, by phone)

ELECTRIC BOAT CORPORATION, A GENERAL DYNAMICS COMPANY (Norman W. Bernstein, in person or by phone)

HONEYWELL INTERNATIONAL INC. (Kerry Dziubek, by phone)

INGERSOLL RAND COMPANY (William Schikora, by phone)

NORTHROP GRUMMAN CORP. (Aaron Gershonowitz, by phone)

ROCKWELL AUTOMATION/ ROCKWELL INTERNATIONAL (Barry Kazan, by phone)

STANLEY BLACK & DECKER, INC. (Barry Kazan, by phone)

UNITED TECHNOLOGIES CORPORATION, CARRIER CORPORATION, SIKORSKY AIRCRAFT CORPORATION, SIMMONDS PRECISION PRODUCTS, INC. (James Ray, in person, and Megan Baroni, by phone)