# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

December 11, 2013

**Allen G. Reiter**
Partner
212.484.3915 DIRECT
212.484.3990 FAX
allen.reiter@arentfox.com

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    Phoenix Beverages, Inc. et al., v. Exxon Mobil Corporation et al.
              Case No.: 1:12-cv-03771-RRM-JO

Dear Magistrate Orenstein:

     I write on behalf of Defendants in the above referenced matter. Pursuant to the Parties' Stipulation and Protective Order (Doc. 56), Your Honor's Order dated April 23, 2013, and, as reflected in the December 4, 2013 Joint Status Report (Doc. 325), the Parties jointly request that oral argument on Defendants' motion to disqualify Plaintiffs' counsel scheduled for this Friday, December 13, 2013, be under seal.

                          Respectfully submitted,

                          /s/ Allen G. Reiter

                          Allen G. Reiter

cc:  All Counsel of Record (via ECF)

AFDOCS/10591696.2

555 West Fifth Street, 48th Floor   1675 Broadway   55 Second Street, 21st Floor   1717 K Street, NW
Los Angeles, CA 90013-1065   New York, NY 10019-5820   San Francisco, CA 94105-3470   Washington, DC 20036-5342
**T** 213.629.7400  **F** 213.629.7401   **T** 212.484.3900  **F** 212.484.3990   **T** 415.757.5500  **F** 415.757.5501   **T** 202.857.6000  **F** 202.857.6395