ARENT FOX LLP
Allen G. Reiter
Adrienne M. Hollander
1675 Broadway
New York, New York 10019
Phone: 212-484-3900
Fax: 212-484-3990
*Attorneys for Defendant Quanta Resources Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION, <br><br> Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| QUANTA RESOURCES CORPORATION, <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> ACE WASTE OIL, INC.; et al., <br><br> Third-Party Defendants. | **REPLY TO COUNTERCLAIM OF THIRD-PARTY DEFENDANT UNITED SITE SERVICES (f/k/a AMERICAN CLASSIC SANITATION) (f/k/a FARNHAM ENVIRONMENTAL & FARNHAM SANITATION SYSTEMS OF CT) AND AFFIRMATIVE DEFENSES OF THIRD-PARTY PLAINTIFF QUANTA RESOURCES CORPORATION** |

Third-Party Plaintiff Quanta Resources Corporation ("Quanta"), by and through its undersigned attorneys, hereby replies to the Counterclaim of Third-Party Defendant United Site Services, Inc. i/s/h/a United Site Services, Inc. (f/k/a American Classic Sanitation) (f/k/a Farnham Environmental & Farnham Sanitation Systems of CT) ("USS") as follows:

1. Paragraph 1 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 1.

2. Quanta admits the allegations contained in Paragraph 2.

3. Quanta denies the allegations contained in Paragraph 3, and respectfully refers this Court to the Third-Party Complaint for its allegations.

4. Quanta denies the allegations contained in Paragraph 4, and respectfully refers this Court to the Third-Party Complaint for its allegations.

5. Paragraph 5 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 5.

6. Quanta denies the allegations contained in Paragraph 6.

7. Paragraph 7 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 7.

8. Paragraph 8 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 8.

9. Quanta denies the allegations contained in Paragraph 9, and respectfully refers this Court to the Third-Party Complaint for its allegations.

10. Paragraph 10 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 10.

11. Paragraph 11 calls for a legal conclusion to which no response is required. If a response is required, Quanta denies the allegations set forth in Paragraph 11.

### FIRST AFFIRMATIVE DEFENSE

USS's Counterclaim fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

USS's Counterclaim against Quanta is barred by, or recovery from Quanta must be reduced or eliminated in accordance with, the doctrines of unclean hands, laches, waiver and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

USS is not entitled to recover any costs from Quanta because in the event that Plaintiffs recover from Quanta, Quanta will pay more than its fair share of the responsibility for the claims that Plaintiffs made or could have made against Quanta in this action.

## FOURTH AFFIRMATIVE DEFENSE

USS lacks standing to bring a claim under 42 U.S.C. § 9613(f).

## FIFTH AFFIRMATIVE DEFENSE

USS fails to state a claim under 42 U.S.C. § 9613(f) because it fails to allege, and explicitly denies, that it is a potentially responsible party.

## SIXTH AFFIRMATIVE DEFENSE

USS's Counterclaim is barred by the doctrine of unjust enrichment.

## SEVENTH AFFIRMATIVE DEFENSE

Quanta did not own or operate the Quanta Site at the time any hazardous substance was disposed of there.

## EIGHTH AFFIRMATIVE DEFENSE

Quanta incorporates any and all affirmative defenses allowed by statute, rule, or regulation.

## NINTH AFFIRMATIVE DEFENSE

Quanta reserves the right to rely upon such other defenses, including those that have been asserted by the other parties herein, as may become available or apparent during discovery proceedings in this case and hereby reserves its right to amend its Reply to plead such defenses.

**WHEREFORE**, Quanta demands judgment as requested in the Third-Party Complaint and dismissing USS's Counterclaim, together with attorneys' fees, costs and disbursements of this action and any further relief as the Court deems just and proper.

Dated:    New York, New York
          December 27, 2013

>                          ARENT FOX LLP
>
>                          By:  /s/ Allen G. Reiter
>                               Allen G. Reiter
>                               Adrienne M. Hollander
>                          1675 Broadway
>                          New York, New York  10019
>                          Phone:  212-484-3900
>                          Fax:  212-484-3990
>                          Email: allen.reiter@arentfox.com
>                                 adrienne.hollander@arentfox.com
>
>                          *Attorneys for Defendant/Third-Party Plaintiff*
>                          *Quanta Resources Corporation*