AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Phoenix Beverages, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-03771-PKC-JO |
| Exxon Mobil Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northrop Grumman Corporation.

Date:   01/02/2014

*Attorney's signature*

Aaron Gershonowitz, NY Bar - 1716067
*Printed name and bar number*

Forchelli, Curto, Deegan, Schwartz,
Mineo & Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
*Address*

agershonowitz@forchellilaw.com
*E-mail address*

(516) 248-1700
*Telephone number*

(516) 248-1729
*FAX number*