IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>　　　　　Defendants.<br><br>―――――――――――――――――――<br><br>EXXON MOBIL CORPORATION,<br><br>　　　　　Third-Party Plaintiff,<br><br>-against-<br><br>ACE WASTE OIL, INC., et al.,<br><br>　　　　　Third-Party Defendants. | Case No. 1:12-CV-03771 (PKC) (JO)<br><br>**ANSWER TO<br>THIRD-PARTY DEFENDANT UNITED SITE SERVICES, INC.'S COUNTERCLAIMS AGAINST DEFENDANT/THIRD-PARTY PLAINTIFF EXXON MOBIL CORPORATION** |

　　　　Defendant/third-party plaintiff Exxon Mobil Corporation ("ExxonMobil") by its attorneys as and for its answer to the counterclaim ("Counterclaim") of third-party defendant United Site Services, Inc. i/s/h/a United Site Services Inc., f/k/a American Classic Sanitation, f/k/a Farnham Environmental & Farnham Sanitation Systems of CT ("USS" or "Third-Party Defendant"), states as follows:

　　　　1.　　The allegations contained in paragraph 1 of the Counterclaim state legal conclusions to which no responsive pleading is required.  Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves.

　　　　2.　　The allegations contained in paragraph 2 of the Counterclaim state legal conclusions to which no responsive pleading is required.  Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves.

1

3. The allegations contained in paragraph 3 of the Counterclaim refer to the Third-Party Complaint to which no responsive pleading is required. Furthermore, the Third-Party Complaint speaks for itself. Moreover, to the extent the allegations refer to various statutes, such statutes speak for themselves.

4. The allegations contained in paragraph 4 of the Counterclaim refer to the Third-Party Complaint to which no responsive pleading is required. Furthermore, the Third-Party Complaint speaks for itself. Moreover, to the extent the allegations refer to various statutes, such statutes speak for themselves.

5. The allegations contained in paragraph 5 of the Counterclaim state legal conclusions to which no responsive pleading is required. Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in paragraph 5 of the Counterclaim.

6. ExxonMobil denies the allegations contained in paragraph 6 of the Counterclaim.

7. The allegations contained in paragraph 7 of the Counterclaim state legal conclusions to which no responsive pleading is required. Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in paragraph 7 of the Counterclaim.

8. The allegations contained in paragraph 8 of the Counterclaim state legal conclusions to which no responsive pleading is required. Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in paragraph 8 of the Counterclaim.

9. The allegations contained in paragraph 9 of the Counterclaim refer to the Third-Party Complaint to which no responsive pleading is required. Furthermore, to the extent this

paragraph refers to the Third-Party Complaint and various statutes, the Third-Party Complaint and such statutes speak for themselves.

10. The allegations contained in paragraph 10 of the Counterclaim state legal conclusions to which no responsive pleading is required. Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves.

11. The allegations contained in paragraph 11 of the Counterclaim state legal conclusions to which no responsive pleading is required. Furthermore, to the extent this paragraph refers to various statutes, such statutes speak for themselves. To the extent an answer is required, ExxonMobil denies the allegations contained in paragraph 11 of the Counterclaim.

## AFFIRMATIVE DEFENSES

ExxonMobil adopts and incorporates by reference the affirmative defenses pleaded in its Answer to the Complaint and incorporates by reference the affirmative defenses pleaded by all other parties.

**WHEREFORE**, ExxonMobil demands judgment against USS as follows:

a) dismissing USS's Counterclaim;

b) awarding ExxonMobil its reasonable attorneys' fees;

c) awarding ExxonMobil its cost of suit; and

d) such other relief as the Court shall deem just and equitable.

Dated: January 2, 2014
New York, New York

                                            MCCUSKER, ANSELMI, ROSEN & CARVELLI

                                      By: _____/s/_____

Andrew E. Anselmi
Maura W. Sommer
805 Third Avenue, 12th Floor
New York, New York 10022
(212) 308-0070
*Attorneys for Third-Party Plaintiff*
*Exxon Mobil Corporation*