UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.<br><br>Plaintiffs,<br><br>- against -<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY, and QUANTA RESOURCES CORPORATION,<br><br>Defendants,<br><br>EXXON MOBIL CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>- against -<br><br>ACE WASTE OIL, INC., et al.<br><br>Third-Party Defendants. | Docket No. 12-cv-03771-PKC-JO<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PLEASE TAKE NOTICE** that upon the annexed declarations of Thomas D. Lupo, Esq. and Marka Belinfanti, Esq. of the law firm of Hinshaw & Culbertson LLP, attorneys for Third-Party Defendants BorgWarner Inc., Alcoa Inc., Reynolds Metals Co. and Quality Carriers, Inc. (f/k/a Chemical Leaman Tank Lines, Inc.) (collectively "TPDs"), and the Certificate of Good Standing annexed hereto, Third-Party Defendants BorgWarner Inc., Alcoa Inc., Reynolds Metals Co. and Quality Carriers, Inc. (f/k/a Chemical Leaman Tank Lines, Inc.), will move this Court at the United States Courthouse for the Eastern District of New York , 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order granting admission of Mr. Lupo to appear and otherwise act as attorney *pro hac vice* in this action.

Dated: New York, New York
       January 3, 2014

HINSHAW & CULBERTSON LLP
*Attorneys for Defendants BorgWarner Inc.
Alcoa Inc., Reynolds Metals Co.,* and
*Quality Carriers, Inc.* (f/k/a Chemical Leaman Tank Lines, Inc.)

By: _____
Marka Belinfanti (MB-2539)

800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
Fax: (212) 935-1166

TO: All Counsel