## Appendix A

## PRIVATE TPDS THAT JOIN FEDERAL TPDS' REQUEST
## FOR A STAY OF DEPOSITIONS

1. AVCO CORPORATION (a/k/a AVCO LYCOMING)
2. CONOCOPHILLIPS COMPANY
3. CROSMAN CORP. (f/k/a COLEMAN AIRGUNS, INC.) (f/k/a CROSMAN ARMS COMPANY, INC.)
4. CROWN CORK & SEAL COMPANY, INC.
5. EMHART TEKNOLOGIES LLC
6. KRAFT FOODS GROUP, INC. (f/k/a WARE CHEMICAL )
7. NEW YORK CITY TRANSIT AUTHORITY
8. NL INDUSTRIES, INC.
9. NOVELIS CORPORATION (f/k/a ALCAN ALUMINUM CORPORATION) (a/k/a ALCAN SHEET & PLATE)
10. PEABODY INTERNATIONAL CORPORATION
11. PROCTER & GAMBLE HAIRCARE LLC (f/k/a CLAIROL, INC.)
12. REVERE COPPER PRODUCTS, INC. (a/k/a REVERE COPPER BRASS INCORPORATED)
13. REXAM BEVERAGE CAN COMPANY (a/k/a NATIONAL CAN COMPANY) (a/k/a AMERICAN NATIONAL CAN COMPANY)
14. RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (a/k/a RTC PROPERTIES) (f/k/a UNION MINERAL & ALLOYS CORP.)
15. SUNOCO, INC. (a/k/a SUN OIL REFINERY) (f/k/a SUN OIL CO.)
16. TDY INDUSTRIES, LLC
17. UCI PENNSYLVANIA, INC., IMPROPERLY NAMED AND FORMERLY KNOWN AS NEAPCO, INC. ("UCI")
18. UNITED SITE SERVICES, INC.
19. WYMAN-GORDON COMPANY