UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 1:12-cv-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>          Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC., et al.,<br><br>          Third-Party Defendants. | **RULE 7.1 DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, TDY Industries, LLC, third-party defendant in the above-captioned action, discloses as follows: TDY Industries, LLC (f/k/a TDY Industries, Inc.) is a wholly owned subsidiary of Allegheny Technologies, Inc. No other publicly-held corporation owns 10% or more of TDY Industries, LLC stock.

New York, New York
January 7, 2014

                     Respectfully submitted,

                     */s/ Stephen Scotch-Marmo*
                     Stephen Scotch-Marmo
                     Bingham McCutchen LLP
                     399 Park Avenue
                     New York, NY 10022
                     stephen.scotch-marmo@bingham.com
                     212-705-7575