## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., *et al.*,<br><br>        Plaintiffs,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>        Defendants.<br><br>QUANTA RESOURCES CORPORATION, *et al.*,<br><br>        Third-Party Plaintiffs,<br><br>-against-<br><br>ACE WASTE OIL, INC., *et al.*,<br><br>        Third-Party Defendants. | Case No. 1:12-CV-03771 (PKC) (JO)<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that the law firm of Beveridge & Diamond P.C. and undersigned Harold L. Segall, Esq., hereby enter an appearance on behalf of Third Party Defendant, Sunoco, Inc. (alleged to be Sun Oil Refinery f/k/a Sun Oil Co.), in the above-captioned action.

Dated: January 15, 2014

                                      Respectfully submitted,

                                      /s/ Harold L. Segall
                                      Harold L. Segall (HS 6621)
                                      BEVERIDGE & DIAMOND, P.C.
                                      1350 I Street, N.W.
                                      Suite 700
                                      Washington, DC 20005
                                      (202) 789-6038 (telephone)
                                      (202) 789-6190 (fax)
                                      hsegall@bdlaw.com

                                      *Attorney for Sunoco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I electronically filed and served the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system.

                                                Respectfully submitted,

                                                /s/ Harold L. Segall
Harold L. Segall (HS 6621)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6038 (telephone)
(202) 789-6190 (fax)
hsegall@bdlaw.com