AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Phoenix Beverages, Inc., et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-CV-3771(PKC) (JO) |
| Exxon Mobil Corporation, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Quanta Resources Corporation

Date:   01/15/2014

*Attorney's signature*

Matthew S. Trokenheim, Esq. (MT6421)
*Printed name and bar number*
Arent Fox LLP
1675 Broadway, 34th Fl.
New York, NY 10019

*Address*

trokenheim.matthew@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*