UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                          Plaintiffs,

                                                    ORDER

          - against -
                                                    12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                          Defendants.
--------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Thomas D. Lupo, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 6, 2014, Mr. Lupo shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Lupo shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Lupo shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
      January 30, 2014

                           _____/s/_____
                           JAMES ORENSTEIN
                           U.S. Magistrate Judge