IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants. | Case No. 1:12-CV-03771 (PKC) (JO) |
| EXXON MOBIL CORPORATION,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>ACE WASTE OIL, INC.; et al.<br><br>Third-Party Defendants. | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Electric Boat Corporation, A General Dynamics Company.

Dated: February 4, 2014

/s/ Inga Caldwell
Inga Caldwell, IC5284
N.W. Bernstein & Associates, LLC
800 Westchester Ave., Suite N319
Rye Brook, New York 10573
Phone: 914-358-3500
Email:  icaldwell@nwbllc.com