AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

| | |
|---|---|
| Phoenix Beverages, Inc. et al<br>Plaintiff(s),<br>V.<br>Exxon Mobil Corporation, et al<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1-12-CV-03771 |

Notice is hereby given that, subject to approval by the court, **Crown Cork & Seal Company, Inc.** substitutes
(Party (s) Name)

**Alan S. Golub** , State Bar No. **2601037** as counsel of record in
(Name of New Attorney)

place of **Charles M. Tomaselli** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Golub & Isabel, PC
- Address: 160 Littleton Road; Suite 300; Parsippany, NJ 07054
- Telephone: (973) 968-3377    Facsimile (973) 968-3044
- E-Mail (Optional): asgolub@golub-isabel.com

I consent to the above substitution.
Date: 2/7/2014
(Signature of Party (s))

I consent to being substituted.
Date: 2/7/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/7/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]