AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Phoenix Beverages, Inc. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1-12-CV-03771 |
| Exxon Mobil Corporation, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crown Cork & Seal Company, Inc.

Date: 02/18/2014

*Attorney's signature*

Alan S. Golub
*Printed name and bar number*

Bar Number: 2601037
Golub & Isabel, PC
160 Littleton Road; Suite 300
Parsippany, NJ 07054
*Address*

asgolub@golub-isabel.com
*E-mail address*

(973) 968-3377
*Telephone number*

(973) 968-3044
*FAX number*