AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Phoenix Beverages, Inc., et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:12-cv-03771-PKC-JO |
| Exxon Mobil Corporation, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BASF Corporation

Date: 03/17/2014

/s/ Keith P. McManus
*Attorney's signature*

Keith P. McManus (KM0722)
*Printed name and bar number*

Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932

*Address*

kmcmanus@bressler.com
*E-mail address*

(973) 514-1200
*Telephone number*

(973) 514-1660
*FAX number*