IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PHOENIX BEVERAGES, INC., et al.,

    Plaintiffs,

-against-

EXXON MOBIL CORPORATION, et al.,

    Defendants.

EXXON MOBIL CORPORATION, et al.,

    Third-Party Plaintiffs,

-against-

ACE WASTE OIL, INC., et al,

    Third-Party Defendants.

Case No. 1:12-CV-03771(PKC) (JO)

**NOTICE OF APPEARANCE**

To:    The Clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant/Third-Party Plaintiff, Quanta Resources Corporation.

Dated: New York, New York
       April 23, 2014

                        ARENT FOX LLP

                        By:  /s/ Donald B. Mitchell, Jr.
                              Donald B. Mitchell, Jr. (DM1234)
                        1717 K Street, NW
                        Washington, D.C. 20036-5342
                        Phone: 202-857-6000
                        Fax:  202-857-6395
                        Email: donald.mitchell@arentfox.com
                        *Attorneys for Defendant/Third-Party Plaintiff*
                        *Quanta Resources Corporation*