UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                            Plaintiffs,

                ORDER

       - against -

                12-CV-3771 (PKC) (JO)

EXXON MOBIL CORPORATION, et al.,
                            Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Lindsay P. Howard, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By May 28, 2014, Ms. Howard shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Howard shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Howard shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
       May 21, 2014

                                                  /s/
                                    JAMES ORENSTEIN
                                    U.S. Magistrate Judge