IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br>Defendants.<br><br>―――――――――――――――――――<br><br>EXXON MOBIL CORPORATION, et al.,<br>Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC., et al.,<br>Third-Party Defendants. | Case No. 1:12-cv-03771 (PKC) (JO)<br><br>Electronically Filed |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Lindsay P. Howard, Esquire of Babst, Calland, Clements & Zomnir P.C. hereby appears on behalf of Third-Party Defendant Beazer East, Inc. in the above-captioned case. Lindsay P. Howard was admitted *Pro Hac Vice* on May 21, 2014 to practice in this Court [Doc. 388]. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Howard at LHoward@babstcalland.com.

                                                             s/ Lindsay P. Howard
                                                             Lindsay P. Howard, Esq.
                                                             Babst, Calland, Clements & Zomnir P.C.

{B1593334.1}

Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
(412) 394-5444
LHoward@babstcalland.com

DATED: May 22, 2014

*Attorney for Third-Party Defendant Beazer East, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of May, 2014, the above and forgoing Notice of Appearance was served on all counsel of record via the Court's electronic filing system.

s/ Lindsay P. Howard
Lindsay P. Howard, Esq.
Babst, Calland, Clements & Zomnir P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
(412) 394-5444
LHoward@babstcalland.com

*Attorney for Third-Party Defendant Beazer East, Inc.*

{B1593334.1}