UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX BEVERAGES, INC., et al.,
                       Plaintiffs,

            - against -

EXXON MOBIL CORPORATION, et al.
                       Defendants.
-----------------------------------------------------------X

ORDER

12-CV-3771 (PKC) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorneys Emily S. Huggins Jones, Esq., and Andrew L. Kolesar, Esq., are permitted to argue or try this case in whole or in part as counsel or advocate. By July 15, 2014, Ms. Huggins Jones and Mr. Kolesaw shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Huggins Jones and Mr. Kolesaw shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Ms. Huggins Jones and Mr. Kolesaw shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
           July 8, 2014

                                                               _____/s/_____
                                                               JAMES ORENSTEIN
                                                               U.S. Magistrate Judge