IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BEVERAGES, INC., RODB LLC, WINDMILL DISTRIBUTING COMPANY, L.P., UP FROM THE ASHES, INC., and other affiliated companies of PHOENIX BEVERAGES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL RESEARCH AND ENGINEERING COMPANY and QUANTA RESOURCES CORPORATION,<br><br>Defendants.<br><br>EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ACE WASTE OIL, INC.; et al.,<br><br>Third-Party Defendants. | Case No. 1:12-CV-03771(PKC) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stacey H. Myers of Hunsucker Goodstein PC hereby appears for non-party subpoena recipient Kelley Drye & Warren LLP in the above–captioned case.

/s/ Stacey H. Myers
Stacey H. Myers
DC Bar No. 479972
Hunsucker Goodstein PC
5335 Wisconsin Avenue, Ste 360
Washington, DC 20015
Phone: (202) 895-5380
Fax: (202) 895-5390
E-mail: smyers@hgnlaw.com

# CERTIFICATE OF SERVICE

I certify that on this 22nd day of December, 2014, the above and foregoing Notice of Appearance was filed with the Clerk of the Court using the Court's electronic filing system, which will provide notification to the following:

| | |
|---|---|
| **Exxon Mobil Corporation and ExxonMobil Research & Engineering Company** *(Defendant)* | **Andrew Anselmi** McCusker, Anselmi, Rosen, & Carvelli, P.C. 210 Park Avenue, Ste. 301 Forham Park, NJ 07932 805 Third Avenue, 12th Floor New York, New York 10022 Phone: 973.457.0116 Main (Florham Park, NJ): 973.635.6300 Main (New York, NY): 212.308.0070 Fax: 973.635.6363 aanselmi@marc-law.com **Maura W. Sommer, Esq.** Attorney for ExxonMobil McCusker, Anselmi, Rosen, & Carvelli, P.C. 210 Park Avenue, Ste. 301 Forham Park, NJ 07932 805 Third Avenue, 12th Floor New York, New York 10022 Phone: 973.457.0133 Main (Florham Park, NJ): 973.635.6300 Main (New York, NY): 212.308.0070 Fax: 973.635.6363 msommer@marc-law.com **Alicyn B. Craig** McCusker, Anselmi, Rosen & Carvelli, P.C. 210 Park Avenue, Suite 301 Florham Park, NJ 07932 805 Third Avenue 12th Floor New York, NY 10022 |

| | |
|---|---|
| | Main (Florham Park, NJ): 973.635.6300<br>Main (New York, NY): 212.308.0070<br>Fax: 973.635.6363<br>acraig@marc-law.com<br><br>**Kristina Pasko, Esq.**<br>McCusker, Anselmi, Rosen & Carvelli, P.C.<br>210 Park Avenue, Suite 301<br>Florham Park, NJ 07932<br>805 Third Avenue<br>12th Floor<br>New York, NY 10022<br>Main (Florham Park, NJ): 973.635.6300<br>Main (New York, NY): 212.308.0070<br>Fax: 973.635.6363<br>kpasko@marc-law.com&#124; |
| **Quanta Resources Corporation**<br>*(Defendant)* | **Allen G. Reiter**<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Phone: 212.484.3915<br>Main: 212.484.3900<br>Fax: 212.484.3990<br>reiter.allen@arentfox.com<br><br>**Adrienne M. Hollander**<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Phone: 212.484.3900<br>Fax: 212.484.3990<br>hollander.adrienne@arentfox.com<br><br>**Matthew S. Trokenheim**<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Phone: 212.484.3900<br>Fax: 212.484.3990<br>Trokenheim.matthew@arentfox.com<br><br>**Donald B. Mitchell, Jr.**<br>Arent Fox LLP |

| | |
|---|---|
| | 1717 K St., NW<br>Washington, DC 20036<br>Phone: 202.857.6000<br>Fax: 202.857.6395<br>Donald.mitchell@arentfox.com<br><br>**Aimee M. Hall**<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Phone: 212.484.3900<br>Fax: 212.484.3990<br>aimee.hall@arentfox.com |
| **Alcoa Inc.**<br>*(ThirdParty Defendant)* | **Marka Belinfanti**<br>Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>212-471-6200<br>212-935-1166 (fax)<br>mbelinfanti@hinshawlaw.com<br><br>**Thomas D. Lupo**<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>New York, NY 10022<br>212-471-6200<br>212-935-1166 (fax)<br>tlupo@hinshawlaw.com |
| **AVCO Corporation**<br>*(ThirdParty Defendant)* | **Emily A Kaller**<br>Greenbaum, Rowe, Smith & Davis LLP<br>99 Wood Avenue South<br>4th Floor<br>Iselin, NJ 08830<br>732-549-5600<br>732-549-1881 (fax)<br>ekaller@greenbaumlaw.com |
| **BASF Corporation**<br>*(ThirdParty Defendant)* | **Keith Patrick McManus**<br>Bressler, Amery & Ross P.C. |

|  | 325 Columbia Turnpike<br>Florham Park, NJ 07932<br>973-514-1200<br>973-514-1660 (fax)<br>kmcmanus@bressler.com |
|---|---|
| **Beazer East, Inc.**<br>*(ThirdParty Defendant)* | **Lindsay P. Howard**<br>Badst, Calland, Clements & Zomnir P.C.<br>Two Gateway Center, 6th Floor<br>Pittsburgh, PA 15222<br>412-394-5444<br>LHoward@babstcalland.com |
| **BorgWarner Inc.**<br>*(ThirdParty Defendant)* | **Marka Belinfanti**<br>Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>212-471-6200<br>212-935-1166 (fax)<br>mbelinfanti@hinshawlaw.com |
| **Carrier Corporation (Carlyle Compressor Division)**<br>*(ThirdParty Defendant)* | **Megan E Baroni**<br>Robinson & Cole LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>(203)462-7528<br>(203)462-7599 (fax)<br>mbaroni@rc.com<br><br>**James Patrick Ray**<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8257<br>860-275-8299 (fax)<br>jray@rc.com |
| **Conocophillips Company**<br>*(ThirdParty Defendant)* | **Donald J. Fay**<br>Waters McPherson McNeil P.C.<br>300 Lighting Way |

|  | Secaucus, NJ 07096<br>201-863-4400<br>201-863-2866 (fax)<br>djf@lawwmm.com<br><br>**Susan C. Gieser**<br>Waters McPherson McNeil P.C.<br>300 Lighting Way<br>Secaucus, NJ 07096<br>201-863-4400<br>201-863-2866 (fax)<br>sgieser@lawwmm.com |
|---|---|
| **Crosman Corporation**<br>*(ThirdParty Defendant)* | **Danielle Elizabeth Mettler**<br>Hiscock & Barclay LLP<br>100 Chestnut St<br>2000 Hsbc Plaza<br>Rochester, NY 14604<br>585-295-4358<br>585-295-8470 (fax)<br>dmettler@hblaw.com<br><br>**Thomas F Walsh**<br>Hiscock & Barclay LLP<br>100 Chestnut Street<br>Rochester, NY<br>585-295-4400<br>585-295-4401 (fax)<br>twalsh@hblaw.com |
| **Crown Cork & Seal Co., Inc.**<br>*(ThirdParty Defendant)* | **Alan S. Golub**<br>Golub & Isabel, P.C.<br>160 Littleton Road, Suite 300<br>Parsippany, NJ 07054<br>973-968-3377<br>973-968-3044 (fax)<br>asgolub@golub-isabel.com<br><br>**Thomas J. Perry**<br>Golub & Isabel, P.C.<br>160 Littleton Road, Suite 300<br>Parsippany, NJ 07054<br>973-968-3377 |

| | |
|---|---|
| | 973-968-3044 (fax)<br>tperry@golub-isabel.com |
| **Electric Boat Corporation, A General Dynamics Company**<br>*(ThirdParty Defendant)* | **Norman Walter Bernstein**<br>N.W. Bernstein & Associates, LLC<br>800 Westchester Avenue<br>Suite N-319<br>Rye Brook, NY 10573<br>914-358-3500<br>914-701-0707 (fax)<br>nwbernstein@nwbllc.com<br><br>**Inga Caldwell**<br>N.W. Bernstein & Associates, LLC<br>800 Westchester Ave., Suite N319<br>Rye Brook, New York 10573<br>914-358-3500<br>914-701-0707 (fax)<br>icaldwell@nwbllc.com |
| **Emhart Teknologies LLC**<br>*(ThirdParty Defendant)* | **Jerome Muys**<br>Sullivan & Worcester LLP<br>1666 K Street, NW<br>Washington, DC 20006<br>202-370-3920<br>202-293-2275 (fax)<br>jmuys@sandw.com |
| **Ford Motor Company**<br>*(ThirdParty Defendant)* | **Doreen A. Simmons**<br>Hancock & Estabrook, LLP<br>1500 MONY Tower I<br>PO Box 4976<br>Syracuse, NY 13221-4976<br>315-471-3151<br>315-471-3167 (fax)<br>dsimmons@hancocklaw.com |
| **Honeywell International, Inc. (f/k/a Allied Signal)**<br>*(ThirdParty Defendant)* | **Kerry Ann Dziubek**<br>Arnold & Porter<br>399 Park Avenue<br>New York, NY 10022<br>212-715-1022 |

|  | 212-715-1399 (fax)<br>kerry.dziubek@aporter.com |
|---|---|
| **Kraft Foods Global, Inc.**<br>*(ThirdParty Defendant)* | **Jennifer Lynn Coghlan**<br>Sive, Paget & Riesel, P.C.<br>460 Park Avenue, 10th Floor<br>New York, NY 10022<br>212-421-2150<br>212-421-1891 (fax)<br>jcoghlan@sprlaw.com<br><br>**Daniel Riesel**<br>Sive, Paget & Riesel, P.C.<br>460 Park Avenue<br>10th Floor<br>New York, NY 10022<br>212-421-2150<br>212-421-1891 (fax)<br>driesel@sprlaw.com |
| **NEAPCO, INC.**<br>*(ThirdParty Defendant)* | **Timothy E. Corriston**<br>Connell Foley<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>973-535-0500<br>973-535-9217 (fax)<br>tcorriston@connellfoley.com |
| **NL Industries, Inc.**<br>*(ThirdParty Defendant)* | **Daniel Charles Ritson**<br>Archer & Greiner, P.C.<br>21 Main Street, Suite 353<br>Hackensack, NJ 07601<br>201-342-6000<br>201-342-6611 (fax)<br>dritson@archerlaw.com<br><br>**Christophe R. Gibson**<br>Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, NJ 08033<br>865-795-2121<br>256-673-7077 (fax) |

|  | cgibson@archerlaw.com |
|---|---|
| **New York City Transit Authority**<br>*(ThirdParty Defendant)* | **Lawrence C. Jenkins**<br>Sr. Environmental Counsel<br>Metropolitan Transportation Authority<br>2 Broadway – 4th Floor<br>New York, NY 10004<br>212-878-1033<br>ljenkins@mtahq.org<br><br>**Gordon J. Johnson**<br>Deputy General Counsel<br>Metropolitan Transportation Authority<br>2 Broadway – 4th Floor<br>New York, NY 10004<br>212-878-4633<br>GoJohnso@mtahq.org |
| **Novelis Corporation**<br>*(ThirdParty Defendant)* | **Mark D Kindt**<br>Mark D. Kindt<br>16004 Detroit Avenue<br>Suite 4<br>Lakewood, OH 44107<br>216-521-6024<br>216-521-6024 (fax)<br>mark.kindt@novelis.com |
| **Northrop Grumman Aerospace Corp.**<br>*(ThirdParty Defendant)* | **Aaron Gershonowitz**<br>Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, NY 11553<br>516-248-1700<br>516-248-1729 (fax)<br>agershonowitz@forchellilaw.com |
| **Peabody Coastal**<br>*(ThirdParty Defendant)* | **Allison A. Torrence**<br>Jenner & Block LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022 |

|  | 212-891-1685<br>212-891-1699 (fax)<br>atorrence@jenner.com<br><br>**Keri L. Holleb Hotaling**<br>Jenner & Block LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022<br>212-891-1685<br>212-891-1699 (fax)<br>khotaling@jenner.com |
|---|---|
| **Procter & Gamble Haircare LLC**<br>*(ThirdParty Defendant)* | **Puja Bhatia**<br>Nossaman LLP<br>1666 K St, Nw<br>Suite 500<br>Washington, DC 20006<br>202-887-1455<br>202-466-3215 (fax)<br>pbhatia@nossaman.com<br><br>**Reed W. Neuman**<br>Nossaman LLP/O'Connor & Hannan<br>1666 K Street Nw<br>Suite 500<br>Washington, DC 20006<br>202-887-1400<br>202-466-3215 (fax)<br>rneuman@nossaman.com |
| **Quality Carriers, Inc.**<br>*(ThirdParty Defendant)* | **Marka Belinfanti**<br>Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>212-471-6200<br>212-935-1166 (fax)<br>mbelinfanti@hinshawlaw.com |
| **Revere Copper Products, Inc.**<br>*(ThirdParty Defendant)* | **Thomas R. Smith**<br>Bond, Schoeneck & King, PLLC |

| | |
|---|---|
| | One Lincoln Center<br>Syracuse, NY 13202<br>315-218-8325<br>315-218-8100 (fax)<br>smithtr@bsk.com<br><br>**Robert R. Tyson**<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>315-218-8221<br>315-318-8100 (fax)<br>tysonr@bsk.com |
| **Rexam Beverage Can Company**<br>*(ThirdParty Defendant)* | **Camille V. Otero**<br>GIBBONS, P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>973-596-4500<br>973-966-1015 (fax)<br>cotero@gibbonslaw.com<br><br>**Adam C. Arnold, Esq.**<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4511<br>aarnold@gibbonslaw.com<br><br>**William S Hatfield**<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4511<br>whatfield@gibbonslaw.com |
| **Reynolds Metals Co. (a/k/a Reynolds Aluminum)**<br>*(ThirdParty Defendant)* | **Marka Belinfanti**<br>Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>212-471-6200<br>212-935-1166 (fax) |

|  | mbelinfanti@hinshawlaw.com |
|---|---|
| **Revere Copper Products, Inc.**<br>*(ThirdParty Defendant)* | **Kate I. Reid**<br>Bond, Schoeneck & King, PLLC<br><br>1399 Franklin Avenue, Suite 200<br>Garden City, New York 11530-1679<br>516-267-6300<br>516-267-6301 (fax)<br>kreid@bsk.com |
| **River Terminal Development**<br>*(ThirdParty Defendant)* | **Jennifer Lynn Coghlan**<br>Sive, Paget & Riesel, P.C.<br>460 Park Avenue, 10th Floor<br>New York, NY 10022<br>212-421-2150<br>212-421-1891 (fax)<br>jcoghlan@sprlaw.com<br><br>**Daniel Riesel**<br>Sive, Paget & Riesel, P.C.<br>460 Park Avenue<br>10th Floor<br>New York, NY 10022<br>212-421-2150<br>212-421-1891 (fax)<br>driesel@sprlaw.com |
| **Rockwell Automation**<br>*(ThirdParty Defendant)* | **Andrew L. Kolesar**<br>THOMPSON HINE LLP<br>312 Walnut Street, 14th Floor<br>Cleveland, OH 45202-4089<br>Telephone: (513) 352-6700<br>Fax: (513) 241-4771<br>Andrew.Kolesar@ThompsonHine.com<br><br>**Emily S. Huggins Jones**<br>THOMPSON HINE LLP<br>3900 Key Center, 127 Public Square<br>Cleveland, OH 44114-1291<br>Telephone: (216) 566-5500<br>Fax: (216) 566-5800 |

| | |
|---|---|
| | Emily.Huggins@ThompsonHine.com<br><br>**Barry M. Kazan**<br>THOMPSON HINE LLP<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017<br>Telephone: (212) 344-5680<br>Fax: (212) 344-6101<br>Barry.Kazan@ThompsonHine.com |
| **Sikorsky Aircraft Corporation**<br>*(ThirdParty Defendant)* | **Megan E Baroni**<br>Robinson & Cole LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>(203)462-7528<br>(203)462-7599 (fax)<br>mbaroni@rc.com<br><br>**James Patrick Ray**<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8257<br>860-275-8299 (fax)<br>jray@rc.com |
| **Simmonds Precision Products, Inc.**<br>*(ThirdParty Defendant)* | **Megan E Baroni**<br>Robinson & Cole LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>(203)462-7528<br>(203)462-7599 (fax)<br>mbaroni@rc.com<br><br>**James Patrick Ray**<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8257<br>860-275-8299 (fax)<br>jray@rc.com |

| | |
|---|---|
| **Stanley Black & Decker**<br>*(ThirdParty Defendant)* | **Andrew L. Kolesar**<br>THOMPSON HINE LLP<br>312 Walnut Street, 14th Floor<br>Cleveland, OH 45202-4089<br>Telephone: (513) 352-6700<br>Fax: (513) 241-4771<br>Andrew.Kolesar@ThompsonHine.com<br><br>**Emily S. Huggins Jones**<br>THOMPSON HINE LLP<br>3900 Key Center, 127 Public Square<br>Cleveland, OH 44114-1291<br>Telephone: (216) 566-5500<br>Fax: (216) 566-5800<br>Emily.Huggins@ThompsonHine.com<br><br>**Barry M. Kazan**<br>THOMPSON HINE LLP<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017<br>Telephone: (212) 344-5680<br>Fax: (212) 344-6101<br>Barry.Kazan@ThompsonHine.com |
| **Sunoco, Inc.**<br>*(ThirdParty Defendant)* | **Michael G. Murphy**<br>Beveridge & Diamond, PC<br>477 Madison Avenue, 15th Floor<br>New York, NY 10022<br>(212)702-5400<br>(212)702-5450 (fax)<br>mmurphy@bdlaw.com<br><br>**Timothy M. Sullivan**<br>Beveridge & Diamond, P.C.<br>1350 I St Nw<br>Suite 700<br>Washington, DC 20005<br>202-789-6074<br>202-789-6190 (fax)<br>tsullivan@bdlaw.com<br><br>**Bina R. Reddy (BR 3156)**<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W. |

| | |
|---|---|
| | Washington, DC 20005<br>(202) 789-6082 (telephone)<br>(202) 789-6190 (fax)<br>breddy@bdlaw.com<br><br>**Harold L. Segall (HS 6621)**<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005<br>(202) 789-6038<br>(202) 789-6190 (fax)<br>hsegall@bdlaw.com<br><br>**Hana V. Vizcarra**<br>BEVERIDGE & DIAMOND, P.C.<br>201 N. Charles Street, Suite 2210<br>Baltimore, MD 21201<br>Phone: 410-230-1358<br>Email: hvizcarra@bdlaw.com |
| **TDY Industries, Inc**<br>*(ThirdParty Defendant)* | **Duke K. McCall, III**<br>MORGAN, LEWIS & BOCKIUS LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>(202) 373-6000<br>(202) 373-6001 (fax)<br>duke.mccall@morganlewis.com<br><br>**Stephen Scotch-Marmo**<br>MORGAN, LEWIS & BOCKIUS LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7000<br>(212) 752-5378 (fax)<br>stephen.scotch-marmo@morganlewis.com<br><br>**Michael J. Ableson**<br>MORGAN, LEWIS & BOCKIUS LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>212-705-7000<br>212-752-5378 (fax) |

|  | michael.ableson@morganlewis.com |
|---|---|
| **United Site Services** <br> *(ThirdParty Defendant)* | **Richard Eric Leff** <br> McGivney & Kluger, P.C. <br> 80 Broad Street, 23rd Floor <br> New York, NY 10004 <br> 212-509-3456 <br> 212-509-4420 (fax) <br> rleff@mcgivneyandkluger.com |
| **United States Department of Defense** <br> *(ThirdParty Defendant)* | **Sandra Lynn Levy** <br> United States Attorneys Office <br> Eastern District of New York <br> 271 Cadman Plaza East <br> Brooklyn, NY 11201-1820 <br> (718)254-6014 <br> (718)254-6081 (fax) <br> Sandra.Levy@usdoj.gov <br><br> **Kevan Cleary** <br> United States Attorneys Office <br> Eastern District of New York <br> 271 Cadman Plaza East <br> Brooklyn, NY 11201-1820 <br> (718)254-6027 <br> (718)254-6081 (fax) <br> Kevan.Cleary@usdoj.gov |
| **United States Department of the Air Force** <br> *(ThirdParty Defendant)* | **Sandra Lynn Levy** <br> United States Attorneys Office <br> Eastern District of New York <br> 271 Cadman Plaza East <br> Brooklyn, NY 11201-1820 <br> (718)254-6014 <br> (718)254-6081 (fax) <br> Sandra.Levy@usdoj.gov <br><br> **Kevan Cleary** <br> United States Attorneys Office <br> Eastern District of New York <br> 271 Cadman Plaza East <br> Brooklyn, NY 11201-1820 |

|  | (718)254-6027<br>(718)254-6081 (fax)<br>Kevan.Cleary@usdoj.gov |
|---|---|
| **United States Department of the Army**<br>*(ThirdParty Defendant)* | **Sandra Lynn Levy**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6014<br>(718)254-6081 (fax)<br>Sandra.Levy@usdoj.gov<br><br>**Kevan Cleary**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6027<br>(718)254-6081 (fax)<br>Kevan.Cleary@usdoj.gov |
| **United States Department of the Coast Guard**<br>*(ThirdParty Defendant)* | **Sandra Lynn Levy**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6014<br>(718)254-6081 (fax)<br>Sandra.Levy@usdoj.gov<br><br>**Kevan Cleary**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6027<br>(718)254-6081 (fax)<br>Kevan.Cleary@usdoj.gov |
| **United States Department of the Navy** | **Sandra Lynn Levy**<br>United States Attorneys Office |

| | |
|---|---|
| *(ThirdParty Defendant)* | Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6014<br>(718)254-6081 (fax)<br>Sandra.Levy@usdoj.gov<br><br>**Kevan Cleary**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6027<br>(718)254-6081 (fax)<br>Kevan.Cleary@usdoj.gov |
| **United States of America**<br>*(ThirdParty Defendant)* | **Sandra Lynn Levy**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6014<br>(718)254-6081 (fax)<br>Sandra.Levy@usdoj.gov<br><br>**Kevan Cleary**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>(718)254-6027<br>(718)254-6081 (fax)<br>Kevan.Cleary@usdoj.gov |
| **United Technologies Corporation (a/k/a Pratt & Whitney)**<br>*(ThirdParty Defendant)* | **Megan E Baroni**<br>Robinson & Cole LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>(203)462-7528<br>(203)462-7599 (fax)<br>mbaroni@rc.com<br><br>**James Patrick Ray** |

| | |
|---|---|
| | Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8257<br>860-275-8299 (fax)<br>jray@rc.com |
| **Waste Management of Maryland, Inc.**<br>*(ThirdParty Defendant)* | **Sharon Oras Morgan**<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19899<br>302-654-7444<br>302-656-8920 (fax)<br>smorgan@foxrothschild.com<br><br>**Oksana G. Wright**<br>Fox Rothschild LLP<br>100 Park Avenue, 15th Fl.<br>New York, NY 10017<br>Attn: Oksana G. Wright, Esq.<br>212-878-7900<br>212-692-0940 (fax)<br><br>**Kasey DeSantis**<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899<br>302-622-4205<br>302-656-8930 (fax)<br>kdesantis@foxrothschild.com |
| **Wyman-Gordon Company**<br>*(ThirdParty Defendant)* | **John Patrick Campbell**<br>Schenck Price Smith & King<br>116 West 23rd Street<br>Suite 500<br>New York, NY 10011<br>212-386-7628<br>973-540-7300 (fax)<br>jpc@spsk.com |

|  | **Sean Monaghan**<br>Schenck Price Smith & King LLP<br>220 Park Avenue<br>Po Box 991<br>Florham Park, NJ 07932<br>973-631-7856<br>973-540-7300 (fax)<br>sm@spsk.com |
|---|---|

 /s/ Stacey H. Myers
Stacey H. Myers
Hunsucker Goodstein PC
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Telephone: (202) 895-5380
Facsimile: (202) 895-5390
Email: smyers@hgnlaw.com